# EXHIBIT C



# 2019-2020 FT Faculty Performance Appraisal

Review Period  9/1/2019 - 8/31/2020



REVIEWER

Alexis Cade (Manager)

## Suzanne Jones

Full Time Professor
Position

## Overview

### Task Instructions

### Employee Details

| | |
|---|---|
| User ID | 110505818 |
| User Status | Active |
| Manager | Alexis Cade |
| Location | Preston Ridge Campus |
| Full Name | Suzanne Jones |

## Teaching Load

### Directions

========================

**INSTRUCTIONS**

**Step 1: Please use the following "Teaching Load Template" to list all the courses and labs taught, as well as all course releases or extra service agreements for the appraisal period.**

**Step 2: Save the completed template to your local drive.**

**Step 3: Attach the completed Teaching Load document to this review by using the "OPTIONS" drop-down button located at the top right of this page.**

========================

### Rating Scale

| Rating | Description |
|--------|-------------|
| Yes | |

### Have you completed and attached the "Teaching Load" document?

| Reviewer | Rating |
|----------|--------|
| **Suzanne Jones** (Self) | Yes |

## FACULTY COMPETENCY SELF-ASSESSMENT

### Directions

**INSTRUCTIONS**

**The faculty annual self-assessment affords faculty an opportunity to provide their supervisor a comprehensive summary of accomplishments and contributions to the five areas evaluated in the annual performance appraisal. The self-assessment focuses on teaching, advising and supporting students, professional development, and college service. Faculty are responsible for completing a self-assessment that provides their supervisor with evidence of professional accomplishments that support the mission and goals of the division, academic department, and the institution.**

**Faculty will be assessed on the criteria for excellence in the performance of faculty "Duties and Responsibilities" listed in the categories found in the assessment. After reviewing the faculty's self-assessment, the supervisor will choose from among the following ratings to assess the level of accomplishment for each of the performance categories as well as an overall appraisal rating.**

**Performance Appraisal Ratings**

**M - Meets the Expected Level of Performance**

**I - Improvement Needed - Does Not Meet the Expected Level of Performance**

**Performance Appraisal Rating Definitions:**

**MEETS: Excellence in teaching, responsible participation in college service, and active professional growth are expected of faculty. One or more of the words usually, frequently, successfully, or effectively applies. Performance is fully satisfactory in all major respects.**

**IMPROVEMENT NEEDED: Performance is inconsistent or problematic in one or more areas of evaluation. One or more of the terms occasionally, marginally, or inadequately applies. This rating describes performance in which many of the job duties and standards are met, but where improvement in one or more areas is required to meet the criteria for excellence. Goals for improvement must accompany this appraisal to clearly identify specific skills or areas in need of improvement.**

**FACULTY SELF-ASSESSMENT**

**The faculty self-appraisal is comprised of a set of performance categories which reflect the principles that guide the Council on Excellence in their peer review of the accomplishments of faculty in pursuit of excellence at Collin College. Additional categories are included which emphasize Collin College core values and the evaluation of annual goals.**

**DIRECTIONS**
**For each performance category enter either a concise narrative statement, or a bulleted list, that will provide your Associate Dean or Director with enough information to assist them in assessing your accomplishments, initiatives, and contributions in each area.**

**To help guide your response, be sure to read the description of Essential Performance Factors that incorporate and describe the particular aspects of excellence that are reflected in the Council on Excellence criteria for each applicable performance category.**

NOTE: *Bullet points may not always effectively communicate to your Associate Dean or Director the details that would assist them in evaluating your accomplishments and could affect ratings for an individual category or for the overall appraisal. It is recommended to provide a brief, but detailed narrative when appropriate.*

# I - TEACHING

**The Council on Excellence Criteria for Teaching**
**The primary areas of focus for an excellent faculty member include teaching (the first priority), supporting students, engaging in significant college service, and participating in substantive professional development opportunities.**

**A Collin College Faculty Member**

- **Facilitates learning**
- **Conveys the fundamental body of knowledge in the discipline and how to apply that knowledge**
- **Teaches students how to critique, analyze, and build upon that body of knowledge**
- **Shows students how to apply concepts and provide evidence to demonstrate that knowledge**
- **Employs current materials, applies contemporary research, and uses effective methods of instruction**
- **Provides meaningful feedback to students in an effective and timely evaluation process**

**FACULTY SELF-ASSESSMENT OF TEACHING**

**ESSENTIAL PERFORMANCE FACTORS**

**Teaching is the central responsibility of faculty members and the most important area of faculty evaluation. While standards may vary somewhat by discipline, certain characteristics of teaching are valued across the College: well-planned, carefully organized courses; effective delivery of material; clear student learning outcome expectations; innovation in subject matter and pedagogy; courses that meet program and College objectives; sufficient opportunity for out-of-class contact between instructor and students; demonstrated effort to keep course content current; use of appropriate methods of feedback and student assessment.**

**Scholarly work and accomplishments in instructional activities may take on a variety of forms, including guiding independent learning activities and student creative performance, interdepartmental collaboration with colleagues, and development and improvement of curriculum.**

In the space below, enter either a concise narrative statement or a bulleted list that provides your Associate Dean or Director with adequate information to assist them in assessing your accomplishments in teaching during the past year.

| Comments |
|---|

**Suzanne Jones** (Self):
- Implemented new service learning projects each semester which were student driven
- Worked on full accessibility standards all year for online classes
- Continued to use Team Based Learning (TBL) and took all but one training course for my certification
- Taught a Leadership Development Institute course in Spring 2020

## II - ADVISING AND SUPPORTING STUDENTS

**The Council on Excellence Criteria for Faculty Engagement in Student Advising**

**A Collin College Faculty Member**

- **Provides advice to students about career and curriculum options**
- **Directs students to competent help for academic and non-academic problems, i.e., Tutoring, Writing Center, ACCESS, Counseling Center, etc.**
- **Supports student organizations and events**
- **Is available to and approachable by students and may provide letters of recommendation in support of student success or education/career objectives**

Please Note: Not every bullet item above may apply for every faculty member. In some cases there may be different or additional items that are unique to the faculty member's discipline or academic department.

## FACULTY SELF-ASSESSMENT OF ADVISING AND SUPPORTING STUDENTS

**ESSENTIAL PERFORMANCE FACTORS**

**The most important responsibility of individual faculty is to enhance the student learning experience. Successful support of students encompasses approachability and availability to assist students inside and outside of the class; advertising and maintaining office hours; being informed about the degree, certificate, and transfer requirements of programs within the discipline; and being knowledgeable, able to explain, and willing to refer to academic and non-academic college resources.**

**DIRECTIONS**

**In the space below, enter either a concise narrative statement or a bulleted list that provides your Associate Dean or Director with adequate information to assist them in assessing your level of engagement in advising and supporting students during the past year. Be sure to include any student-related activities that demonstrate your support of students outside of the classroom.** *Examples include participation in student organizations as well as attending sports events, PTK induction, student performances, receptions, etc. Some items may be duplicated in the College Service category.*

**Comments**

Suzanne Jones (Self):

- Held personal ongoing advising in office; sometimes this is related to DE holds or career exploration
- Implemented Office Hours advising changes - food, introduction hours, bring a friend, co-work, collaboration, etc.)
- Registered 48 students to vote in Fall 2019 and 17 in Spring 2020
- Set up and Take down of Frisco Resource Fair
- Worked Super Saturday event at Frisco campus
- Worked Brunch with Us Resource Fair at Frisco campus
- Worked Service Learning Community Partner Fair at Frisco Campus
- Worked new student faculty roundtables (summer, fall, and spring)
- Volunteered at and presented (panel discussion) at FINE (Find Investigate Navigate Educate) Conference at Plano campus
- Presented Study Skills Seminars at the Frisco campus in Fall and Spring
- Advisor for 2 student organizations (Students Demand Action and Texas State Teachers Association - Aspiring Educators)

## III - PROFESSIONAL DEVELOPMENT

**COLLIN COLLEGE**

**The Council on Excellence Criteria for Professional Development**

Collin College Faculty Member

- **Remains current and competent in the discipline, staying vigilant and continuously monitoring advances in related scholarship**
- **Creates and sustains an on-going program of self-development and improved pedagogy**
- **Seeks opportunities for any of the following:**
  - **Professional growth (formal research and publication, production in one's art, professional performance, etc.)**
  - **Presentations before professional societies or other meetings**
  - **Workshop and conference participation**
  - **Active involvement in professional associations or community organizations**
  - **Academic career advancement through course work**

**FACULTY SELF-ASSESSMENT OF PROFESSIONAL DEVELOPMENT**

**ESSENTIAL PERFORMANCE FACTORS**
**Each faculty member is expected to be intellectually active. Professional development may take many forms (see below), including active engagement in intellectual activities within one's own discipline, demonstrating efforts to stay current in one's field.**

**The following are types of activities that should be included:**
**• Conferences/workshops attended/conducted**
**• Professional presentations, papers presented/published/submitted for publication**
**• Scholarly research or professional creativity**
**• Collaborating on research projects with students**
**• Interdisciplinary work with colleagues**
**• Development of research and collaboration with other professionals**
**• Active involvement in professional organizations**
**• Developing and conducting artistic performances**
**• Coursework recently completed or in progress**
**• Any other ways in which you remain current in your discipline**

**DIRECTIONS**
**Enter either a concise narrative statement or a bulleted list that provides your Associate Dean or Director with adequate information to assist them in assessing your level of engagement in Professional Development activities during the past year.**

**Please Note:** For conferences or workshops, in addition to their title(s), please include a brief description of their benefit to your teaching or professional activities at Collin. You may also choose to attach a copy of any travel summaries that were submitted for COE or Departmental travel (Attachments will need to be loaded in the Supporting Documents section.)

| Comments |
| --- |

**Suzanne Jones** (Self):
- Attended and Presented at Faculty Development Workshop – Service Learning Pedagogy (Spring 2020)
- Attended and presented at TCCTA (Texas Community College Teacher Association) Teacher Prep Strand in Spring 2020

- Attended Team Based Learning training at UNT (Spring 2020)
- Attended Team Based Learning training at Collin College (Fall and Spring)
- Attended Faculty Development Workshop Fall 2019
- Attended all ELC "Here's How I do it webinars," "Engagement and Rigor webinar," and "Inclusive Design Webinar"
- Member TCEA (Texas Computer Education Association)
- Member TACCTEP (Texas Association of Community Colleges Teacher Education Programs)
- Attended QEP Workshop – "How to make your semester pop"
- Attended CSOTTE (Consortium of State Organizations for Texas Teacher Education) Teaching Conference

## IV - COLLEGE SERVICE

**The Council on Excellence Criteria for College (Community) Service**
**A Collin Faculty Member**

- **Actively and productively participates in college-wide, division, and department councils, task forces, and committees**
- **Creates programs/activities for the district that benefit students**
- **Performs other service activities designed to further the accomplishment of the college's mission**
- **Represents the college in the community serviced by the college district**
- **Engages in professionally-related community service**

**FACULTY SELF-ASSESSMENT OF COLLEGE SERVICE**

**ESSENTIAL PERFORMANCE FACTORS**
**Faculty members should be actively engaged in service at either the program, department, division, or college level, or a combination thereof. College service provides opportunities for faculty to exercise a leadership role and assist the College in attaining its institutional strategic goals and mission. Characteristics of excellent service include dependability, thoughtfulness, active participation and preparedness regarding committee assignments; acceptance of responsibility and leadership roles; helping professional organizations meet goals; helping student organizations meet goals; and providing opportunities for students to interact with communities beyond the College.**

**DIRECTIONS**
**Enter either a concise narrative statement or a bulleted list that provides your Associate Dean or Director with adequate information to assist them in assessing your level of engagement in College Service activities during the past year. Include detailed information about the type of service and your role, with title (if applicable) as well as listing achievements and contributions as a result of the service provided.**

**Please Note:** When listing activities, do not include contract activities that are expected of all faculty members such as attending All College Day, graduation, or division meetings, etc.

| Comments |
| --- |

**Suzanne Jones** (Self):

- Service Learning Faculty Liaison (camps each semester, twice a month meetings, workshops, Faculty Fellows leader, Campus Compact Seminars, individual faculty meetings, adjunct faculty pre-semester meetings, service learning highlights newsletter)
- Presented Study Skills workshop at Frisco Campus Fall 2019 and Spring 2020
- Worked Academic Decathlon at Frisco Campus in Spring 2020
- HB5 Committee – English Chair
- Frisco ISD curriculum writing in Summer 2019 for HB5 Collin Committee
- Plano ISD grant reviewer
- Worked Rockin' the Ridge
- Attended Child Development Advisory Board meetings
- Presented at two adjunct faculty academy workshops "Engaging & Effective Strategies" and "The Teaching Demo"
- Redesigned EDUC classroom in Frisco
- Worked Student Involvement Fair in Spring 2020
- Worked faculty roundtable at new student orientation each semester
- Presented at TAFE (Texas Association of Future Educators) conference for high school students at Collin County ISDs
- Presented at two campus advising meetings about EDUC and CDEC
- Served on Faculty Council and Chaired Teaching and Learning Committee
- Served on Grammarly Innovation Grant committee
- Co-sponsor for Students Demand Action (monthly meetings and helped organize Gun Violence Panel)
- Co-sponsor for Texas State Teachers Association – Aspiring Educators (monthly meetings)
- Published in NOSS Practitioner to Practitioner Journal in Summer 2019
- Attended Discipline Lead meeting in Fall 2019
- Served on Faculty Professional Development committee
- Worked and presented at Collin College FINE (Find Investigate Navigate Educate) Conference in Spring 2020
- Wrote and submitted EDUC marketable skills for 1300
- Served on EDUC/CDEC Search Committee

# FACULTY REVIEW OF STUDENT EVALUATIONS

## Directions

After reviewing students' evaluations of your courses, please enter a response that will address or confirm the feedback contained in them.

## FACULTY REVIEW OF STUDENT EVALUATIONS

| Comments |
| --- |

**Suzanne Jones** (Self):

- Themes from face to face and online EDUC 1300 classes were that they liked the flexibility and organization. Many students commented on my flexibility and understanding during COVID-19.
- My online classes consistently said that they enjoy how interactive the course is, how quickly I respond to their questions, and my clarity. These are all very important aspects in all of my classes.
- Two or three students commented on wanting clearer instructions on certain assignments. Even though it was just a few, I will try to specifically improve some directions on the assignments mentioned.
- Students seem to enjoy Team Based Learning in my face to face and hybrid courses.

## Have you added comments in all the sections?

### Additional Information

Confirm you have completed all
the sections.

Yes, I have completed all the sections.

# Faculty Evaluation of Professional Development Goals

## Directions

Faculty will list their goals from the appraisal period and indicate the level of accomplishment. Provide explanations for goals that were partially accomplished or not accomplished.

## Rating Scale

| Rating | Description |
| --- | --- |
| Accomplished | Accomplished |
| Partially Accomplished | Partially Accomplished |
| Not Accomplished | Not Accomplished |

## EDUC 1301

Teach EDUC 1301 again and rewrite my curriculum as it has been about 5 years since I taught it last.

| Start Date | Due Date | Goal Perspective |
| --- | --- | --- |
| 8/15/2019 | 5/17/2020 | Faculty - Teaching |

| Comments |
| --- |

**Suzanne Jones** - 5/6/2020 12:54:26 PM
I taught 1301 in Spring 2020 and redesigned my curriculum from when I taught it 5 years ago.

| Reviewer | Rating |
| --- | --- |
| **Suzanne Jones** (Self) | Accomplished |
| **Alexis Cade** (Manager) | Accomplished |

| Comments |
| --- |

**Suzanne Jones** (Self):
I taught 1301 and I enjoyed creating my new curriculum. We did have to move this face to face course online due to COVID, and some students couldn't finish, but otherwise, it went well.

**Alexis Cade** (Manager):
Dr. Jones taught EDUC 1301 in Spring 2020 and revised her curriculum accordingly.

## Online Teaching

Continue building my online courses using new tools.



| Start Date | Due Date | Goal Perspective |
|---|---|---|
| 8/15/2019 | 5/17/2020 | Faculty - Teaching |

**Comments**

**Suzanne Jones** - 5/6/2020 12:53:57 PM

I have made my online 1300 course 100% accessible. I even hired an outside company that helped make sure all documents were ADA compliant.

| Reviewer | Rating |
|---|---|
| **Suzanne Jones** (Self) | Accomplished |
| **Alexis Cade** (Manager) | Accomplished |

**Comments**

**Suzanne Jones** (Self):

My Virtual Campus course is 100% accessible now. I hired a company and paid money to make all my documents accessible.

**Alexis Cade** (Manager):

Dr. Jones enhanced her online courses and implemented tools to improve their accessibility.


## Professional Development

Attend a Teacher Prep Conference or Workshop.

| Start Date | Due Date | Goal Perspective |
|---|---|---|
| 8/15/2019 | 5/17/2020 | Faculty - Professional Development |

**Comments**

**Suzanne Jones** - 5/6/2020 12:52:57 PM

I attended the CSOTTE Conference and presented in the teacher prep strand of TCCTA as well.

| Reviewer | Rating |
|---|---|
| **Suzanne Jones** (Self) | Accomplished |
| **Alexis Cade** (Manager) | Accomplished |

**Comments**

**Suzanne Jones** (Self):

I attended CSOTTE which is a teaching conference and presented at the TCCTA Conference - Teacher Prep strand.

**Alexis Cade** (Manager):

Dr. Jones successfully completed this goal and attended the TCCTA and CSOTTE conferences this academic year.

## Faculty Goal Setting

### Directions

Together, the faculty member and associate dean/director should agree on a set of goals for the faculty member for this academic year. These goals will be updated throughout the year and will be in the next yearly performance appraisal.

### Online Template Creation

Complete EDUC 1301 and 2301 district templates by December 2020.

**Start Date**
9/1/2020

**Due Date**
5/17/2021

**Goal Perspective**
Faculty - Service

### Study Skills Workshops

Conduct virtual study skill workshops for district wide participation by December 2020.

**Start Date**
9/1/2020

**Due Date**
5/17/2021

**Goal Perspective**
Faculty - Professional Development

### TSTA-AE

Increase active membership for Texas State Teachers Association - Aspiring Educator student organization by 10%.

**Start Date**
9/1/2020

**Due Date**
5/17/2021

**Goal Perspective**
Faculty - Service

## FACULTY COMPETENCY ASSESSMENT

## Directions

**The faculty self-appraisal is comprised of a set of performance categories which reflect the principles that guide the Council on Excellence in their peer review of the accomplishments of faculty in pursuit of excellence at Collin College. Additional categories are included which emphasize Collin College Core Values and the evaluation of annual goals.**

### DIRECTIONS

For each performance category enter either a concise narrative statement, or a bulleted list, that will provide your Associate Dean or Director with enough information to assist them in assessing your accomplishments, initiatives, and contributions in each area. To help guide your response, be sure to read the description of **Essential Performance Factors** that incorporate and describe the particular aspects of excellence that are reflected in the **Council on Excellence** criteria for each applicable performance category.

**_NOTE_**: *Bullet points may not always effectively communicate to your Associate Dean or Director the details that would assist them in evaluating your accomplishments and could affect ratings for an individual category or for the overall appraisal. It is recommended to provide a brief, but detailed narrative when appropriate.*

## Rating Scale

| Rating | Description |
|---|---|
| Meets the Expected Level of Performance | MEETS: Excellence in teaching, responsible participation in college service and active professional growth are expected of faculty. One or more of the words usually, frequently, successfully, or effectively applies. Performance is fully satisfactory in all major respects. |
| Improvement Needed | IMPROVEMENT NEEDED: Performance is inconsistent or problematic in one or more areas of evaluation. One or more of the terms occasionally, marginally, or inadequately applies. This rating describes performance in which many of the job duties and standards are met, but where improvement in one or more areas is required to meet the criteria for excellence. Goals for improvement must accompany this appraisal to clearly identify specific skills or areas in need of improvement. |

## I - TEACHING

**The Council on Excellence Criteria for Teaching**

The primary areas of focus for an excellent faculty member include teaching (the first priority), supporting students, engaging in significant college service, and participating in substantive professional development opportunities.

**A Collin College Faculty Member**

- Facilitates learning
- Conveys the fundamental body of knowledge in the discipline and how to apply that knowledge
- Teaches students how to critique, analyze, and build upon that body of knowledge
- Shows students how to apply concepts and provide evidence to demonstrate that knowledge
- Employs current materials, applies contemporary research, and uses effective methods of instruction
- Provides meaningful feedback to students in an effective and timely evaluation process

---

**FACULTY SELF-ASSESSMENT OF TEACHING**

---

**ESSENTIAL PERFORMANCE FACTORS**

**Teaching is the central responsibility of faculty members and the most important area of faculty evaluation. While standards may vary somewhat by discipline, certain characteristics of teaching are valued across the College: well-planned, carefully organized courses; effective delivery of material; clear student learning outcome expectations; innovation in subject matter and pedagogy; courses that meet program and College objectives; sufficient opportunity for out-of-class contact between instructor and students; demonstrated effort to keep course content current; use of appropriate methods of feedback and student assessment.**

**Scholarly work and accomplishments in instructional activities may take on a variety of forms, including guiding independent learning activities and student creative performance, interdepartmental collaboration with colleagues, and development and improvement of curriculum.**

In the space below, enter either a concise narrative statement or a bulleted list that provides your Associate Dean or Director with adequate information to assist them in assessing your accomplishments in teaching during the past year.

| Reviewer | Item | Rating |
|---|---|---|
| **Alexis Cade** (Manager) | Facilitates learning through effective preparation and organization of course information. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Provides students with the fundamental body of knowledge of his/her discipline and remains current in effective methods of instruction. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Teaches students to apply knowledge and demonstrate understanding. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Provides clear student learning outcome expectations. | Meets the Expected Level of Performance |

| Alexis Cade (Manager) | Employs current materials in classroom presentations and learning experiences. | Meets the Expected Level of Performance |
| Alexis Cade (Manager) | Uses teaching and learning methods that are appropriate for the discipline. | Meets the Expected Level of Performance |
| Alexis Cade (Manager) | Employs effective evaluation techniques and provides meaningful feedback to students. | Meets the Expected Level of Performance |

**Comments**

**Alexis Cade** (Manager):

Dr. Jones utilizes instructional methods that are appropriate for the discipline. She incorporates progressive teaching methodologies such as service learning and team based learning in order to provide meaningful learning experiences for her students.

## II - ADVISING AND SUPPORTING STUDENTS

**The Council on Excellence Criteria for Faculty Engagement in Student Advising**

**A Collin College Faculty Member**

- **Provides advice to students about career and curriculum options**
- **Directs students to competent help for academic and non-academic problems, i.e., Tutoring, Writing Center, ACCESS, Counseling Center, etc.**
- **Supports student organizations and events**
- **Is available to and approachable by students and may provide letters of recommendation in support of student success or education/career objectives**

**Please Note: Not every bullet item above may apply for every faculty member. In some cases there may be different or additional items that are unique to the faculty member's discipline or academic department.**

**FACULTY SELF-ASSESSMENT OF ADVISING AND SUPPORTING STUDENTS**

COUGARHR · COLLIN COLLEGE

**ESSENTIAL PERFORMANCE FACTORS**

**The most important responsibility of individual faculty is to enhance the student learning experience. Successful support of students encompasses approachability and availability to assist students inside and outside of the class; advertising and maintaining office hours; being informed about the degree, certificate, and transfer requirements of programs within the discipline; and being knowledgeable, able to explain, and willing to refer to academic and non-academic college resources.**

**DIRECTIONS**

**In the space below, enter either a concise narrative statement or a bulleted list that provides your Associate Dean or Director with adequate information to assist them in assessing your level of engagement in advising and supporting students during the past year. Be sure to include any student-related activities that demonstrate your support of students outside of the classroom.** *Examples include participation in student organizations as well as attending sports events, PTK induction, student performances, receptions, etc. Some items may be duplicated in the College Service category.*

| Reviewer | Item | Rating |
|---|---|---|
| **Alexis Cade** (Manager) | Understands current career and curriculum options, degree requirements and course transfer information within the discipline and provides timely and tailored advice to students. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Helps students with education-based problems and/or directs students to appropriate college resources. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Assists students in accessing appropriate college and community resources for non-educational problems. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Is available to and approachable by students. | Meets the Expected Level of Performance |

| Comments |
|---|

**Alexis Cade** (Manager):

Dr. Jones spends a considerable amount of time providing guidance to students regarding their academic and career goals. She also assists in promoting their civic involvement. Dr. Jones regularly volunteers for and attends events designed to inform students of available services that promote their academic success.

## III - PROFESSIONAL DEVELOPMENT

**COLLIN COLLEGE**

**The Council on Excellence Criteria for Professional Development**
Collin College Faculty Member
- **Remains current and competent in the discipline, staying vigilant and continuously monitoring advances in related scholarship**
- **Creates and sustains an on-going program of self-development and improved pedagogy**
- **Seeks opportunities for any of the following:**
  - **Professional growth (formal research and publication, production in one's art, professional performance, etc.)**
  - **Presentations before professional societies or other meetings**
  - **Workshop and conference participation**
  - **Active involvement in professional associations or community organizations**
  - **Academic career advancement through course work**

**FACULTY SELF-ASSESSMENT OF PROFESSIONAL DEVELOPMENT**

**ESSENTIAL PERFORMANCE FACTORS**
**Each faculty member is expected to be intellectually active. Professional development may take many forms (see below), including active engagement in intellectual activities within one's own discipline, demonstrating efforts to stay current in one's field.**

**The following are types of activities that should be included:**
**• Conferences/workshops attended/conducted**
**• Professional presentations, papers presented/published/submitted for publication**
**• Scholarly research or professional creativity**
**• Collaborating on research projects with students**
**• Interdisciplinary work with colleagues**
**• Development of research and collaboration with other professionals**
**• Active involvement in professional organizations**
**• Developing and conducting artistic performances**
**• Coursework recently completed or in progress**
**• Any other ways in which you remain current in your discipline**

**DIRECTIONS**
Enter either a concise narrative statement or a bulleted list that provides your Associate Dean or Director with adequate information to assist them in assessing your level of engagement in Professional Development activities during the past year.

**Please Note:** For conferences or workshops, in addition to their title(s), please include a brief description of their benefit to your teaching or professional activities at Collin. You may also choose to attach a copy of any travel summaries that were submitted for COE or Departmental travel (Attachments will need to be loaded in the Supporting Documents section.)

| Reviewer | Item | Rating |
|---|---|---|
| **Alexis Cade** (Manager) | Remains current and competent in the appropriate academic discipline. | Meets the Expected Level of Performance |



| Alexis Cade (Manager) | Regularly participates in external professional meetings, seminars, activities, or conferences that are related to one's discipline, and/or activities that help to support teaching and program development. | Meets the Expected Level of Performance |
| Alexis Cade (Manager) | Regularly participates in Faculty Development meetings, activities, or programs offered by the District. | Meets the Expected Level of Performance |
| Alexis Cade (Manager) | Engages in activities that help to enhance and promote excellence in teaching that could include any of the following: Instructional technology, pedagogy, presentation skills, classroom management, etc. | Meets the Expected Level of Performance |

## Comments

Alexis Cade (Manager):

Dr. Jones regularly participates in professional development activities such as conferences and trainings to remain current in her field. She attended the TCCTA and CSOTTE conferences this academic year as well as a variety of trainings offered through the college. Dr. Jones was also selected to present at several events thus sharing best practices with colleagues and future educators.

## IV - COLLEGE SERVICE

**The Council on Excellence Criteria for College (Community) Service**
**A Collin Faculty Member**
- **Actively and productively participates in college-wide, division, and department councils, task forces, and committees**
- **Creates programs/activities for the district that benefit students**
- **Performs other service activities designed to further the accomplishment of the college's mission**
- **Represents the college in the community serviced by the college district**
- **Engages in professionally-related community service**

**FACULTY SELF-ASSESSMENT OF COLLEGE SERVICE**

**ESSENTIAL PERFORMANCE FACTORS**
Faculty members should be actively engaged in service at either the program, department, division, or college level, or a combination thereof. College service provides opportunities for faculty to exercise a leadership role and assist the College in attaining its institutional strategic goals and mission. Characteristics of excellent service include dependability, thoughtfulness, active participation and preparedness regarding committee assignments; acceptance of responsibility and leadership roles; helping professional organizations meet goals; helping student organizations meet goals; and providing opportunities for students to interact with communities beyond the College.

**DIRECTIONS**
Enter either a concise narrative statement or a bulleted list that provides your Associate Dean or Director with adequate information to assist them in assessing your level of engagement in College Service activities during the past year. Include detailed information about the type of service and your role, with title (if applicable) as well as listing achievements and contributions as a result of the service provided.

**Please Note:** When listing activities, do not include contract activities that are expected of all faculty members such as attending All College Day, graduation, or division meetings, etc.

| Reviewer | Item | Rating |
|---|---|---|
| **Alexis Cade** (Manager) | Works individually and/or collaboratively with college employees to accomplish discipline, divisional and college missions, goals and objectives, through service and participation in any of the following:<br><br>• College-wide task forces<br>• Faculty and staff search committees<br>• Advisory groups<br>• Student groups<br>• Faculty advisor<br>• Professionally related community activities on behalf of the college<br>• Organizing, supporting, or helping to plan/execute special events or college outreach | Meets the Expected Level of Performance |

| Comments |
|---|

**Alexis Cade** (Manager):

Dr. Jones engages in a plethora of college service activities. Her level of involvement ranges from committee service, co-sponsorship, workshop facilitation, among other activities. She currently serves as a Service Learning Faculty Liaison, serves on the Faculty Council, and co-sponsors the Students Demand Action organization and the Texas State Teachers Association – Aspiring Educators organization, which has seen considerable growth and earned multiple recognitions. Dr. Jones' service demonstrates her dedication to student, departmental, and college growth and success.

# V - PROFESSIONALISM

Criteria for excellence: Policies, Procedures, Timelines and Professional Interaction

| Reviewer | Item | Rating |
|---|---|---|
| **Alexis Cade** (Manager) | Interacts professionally and courteously with students, faculty and staff, including advising and assisting associate faculty when required or appropriate. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Performs duties and responsibilities in accordance with established policies, procedures and departmental expectations. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Meets timelines for assigned work. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Provides timely notice for substitutes and class/schedule changes. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Meets classes as scheduled and holds regular office hours. | Meets the Expected Level of Performance |
| **Alexis Cade** (Manager) | Participates in divisional and departmental meetings. | Meets the Expected Level of Performance |

| Comments |
|---|

**Alexis Cade** (Manager):

Dr. Jones performs duties and responsibilities in accordance with established policies, procedures and departmental expectations. She maintains a professional demeanor and is courteous towards students, faculty and staff.

## ASSOCIATE DEAN / DIRECTOR'S ASSESSMENT OF STUDENT EVALUATIONS

### Directions

Please provide your assessment of faculty performance based on student evaluations.

### Student Evaluations - STRENGTHS (required)

| Comments |
| --- |

**Alexis Cade** (Manager):

Dr. Jones has overwhelmingly positive student evaluations. Many students commented on her kindness, enthusiasm, organization, and responsiveness. Her online students also showed immense appreciation for ability to make her courses interactive and engaging.

### Student Evaluations - AREAS FOR DEVELOPMENT (required)

| Comments |
| --- |

**Alexis Cade** (Manager):

Dr. Jones is encouraged to review her student evaluations for continuous improvement. Dr. Jones should consider providing more concrete details and instructions for various assignments.

### Student Evaluations - AREAS OF SPECIAL CONCERN FOR IMMEDIATE IMPROVEMENT (if applicable)

## FACULTY OVERALL EVALUATION

### Directions

Please indicate below the overall appraisal rating for the employee, which best describes a summary of the above ratings and comments.

### Rating Scale

| Rating | Description |
|---|---|
| Improvement Needed | IMPROVEMENT NEEDED: Performance is inconsistent or problematic in one or more areas of evaluation. One or more of the terms occasionally, marginally, or inadequately applies. This rating describes performance in which many of the job duties and standards are met, but where improvement in one or more areas is required to meet the criteria for excellence. Goals for improvement must accompany this appraisal to clearly identify specific skills or areas in need of improvement. |
| Meets the Expected Level of Performance | MEETS: Excellence in teaching, responsible participation in college service and active professional growth are expected of faculty. One or more of the words usually, frequently, successfully, or effectively applies. Performance is fully satisfactory in all major respects. |

### OVERALL EVALUATION

| Reviewer | Rating |
|---|---|
| **Alexis Cade** (Manager) | Meets the Expected Level of Performance |

| Comments |
|---|

**Alexis Cade** (Manager):

Dr. Jones is a dedicated professor with a deep passion for education. She is invested in the growth of her students and the overall progression of her department and the college. Dr. Jones embodies our Core Values through her service and excellence in teaching and has proven to be a valuable member of the Education Department.

## Manager and Employee Meeting

### Directions

*IMPORTANT: PLEASE READ BEFORE CONTINUING*

**Managers, complete the following steps before clicking "Submit":**

1. Schedule and conduct a performance review meeting with the employee to discuss the performance appraisal.
2. Print two copies of this review and bring them to the meeting.
3. During the meeting, go over the entire review, provide feedback, and address any employee concerns.
4. Make any necessary changes to this review online and confirm employee's acceptance at the meeting.

**If you have not yet completed steps 1-4, please click "Save and Exit" – do not click "Submit."**

**During the manager-employee meeting, once steps 1-4 are completed:**

1. In the presence of the employee, the manager should click "Submit." The review can no longer be modified.
2. The employee should log in, sign the evaluation, submit, and log out.

### Additional Information

Please confirm you have met and reviewed your assessment with the employee.

Yes, I have met and reviewed my assessment with the employee.

## SIGNATURE AND ACKNOWLEDGMENT

### Directions

I have reviewed and discussed this performance appraisal with the Associate Dean/Director.

X Suzanne Jones
Self

7/21/2020
Date

X Alexis Cade
Manager

7/21/2020
Date

### Comments

**Suzanne Jones** (Self):
Thank you for your input and motivation!