# EXHIBIT D

**From:** Kat Balch <kbalch@collin.edu>
**Sent:** Thursday, September 24, 2020 12:31 PM
**To:** Lorena Rodriguez <lrodriguez@collin.edu>; Kim Nyman <knyman@collin.edu>; Suzanne E. Jones <sejones@collin.edu>
**Cc:** Aaron West <awest@collin.edu>
**Subject:** Re: Greetings on this Misty September Day!! Faculty Council Webinar THIS Friday (25 September 2020)

I'd asked Dr. Jenkins on Tuesday night before the Board meeting whether I needed to check with anyone about promoting new outside organizations during College meetings as it had never cropped up under my administration. She apparently asked the College counsel and this is the result.

It's out of our hands...and will not be mentioned whatsoever during tomorrow's meeting.

*Kat Balch*
Professor of English
Faculty Council President (2019-2021)



"The Spirit Makes the Master"

---

**From:** Lorena Rodriguez <lrodriguez@collin.edu>
**Sent:** Thursday, September 24, 2020 12:21 PM
**To:** Kat Balch <kbalch@collin.edu>; Kim Nyman <knyman@collin.edu>; Suzanne E. Jones <sejones@collin.edu>
**Cc:** Aaron West <awest@collin.edu>
**Subject:** Re: Greetings on this Misty September Day!! Faculty Council Webinar THIS Friday (25 September 2020)

For transparency sake: Whose advice was this?

Lorena Rodriguez
Economics Professor
Collin College - Technical Campus
Building A, office A-070L
2550 Bending Branch Way
Allen, TX 75013

**From:** Kat Balch <kbalch@collin.edu>
**Sent:** Thursday, September 24, 2020 11:27 AM
**To:** Kim Nyman <knyman@collin.edu>; Suzanne E. Jones <sejones@collin.edu>
**Cc:** Aaron West <awest@collin.edu>; Lorena Rodriguez <lrodriguez@collin.edu>
**Subject:** Re: Greetings on this Misty September Day!! Faculty Council Webinar THIS Friday (25 September 2020)

G'morning ladies (and Aaron)!

Listen, I've just been advised that we absolutely cannot make an announcement about the existence or solicit membership in TFA as it's an organization clearly associated with state and national labor organizations/unions. The college doesn't allow us to use their time/space/resources (and our Webinar fits that definition of time and space AND resources) to recruit for groups like this. Thought you'd like to know.

*Kat Balch*
Professor of English
Faculty Council President (2019-2021)



"The Spirit Makes the Master"

---

**From:** Kat Balch <kbalch@collin.edu>
**Sent:** Tuesday, September 22, 2020 2:50 PM
**To:** Kim Nyman <knyman@collin.edu>; Suzanne E. Jones <sejones@collin.edu>
**Cc:** Aaron West <awest@collin.edu>
**Subject:** Re: Greetings on this Misty September Day!! Faculty Council Webinar THIS Friday (25 September 2020)

Cool...thank for the info. I'll be meeting with Aaron sometime tomorrow to finalize things and will work this in as best we're able given everyone's schedules and such. I appreciate your work on this, ladies.

*Kat Balch*
Professor of English
Faculty Council President (2019-2021)



"The Spirit Makes the Master"

**From:** Kim Nyman <knyman@collin.edu>
**Sent:** Tuesday, September 22, 2020 2:48 PM
**To:** Suzanne E. Jones <sejones@collin.edu>; Kat Balch <kbalch@collin.edu>
**Subject:** Re: Greetings on this Misty September Day!! Faculty Council Webinar THIS Friday (25 September 2020)

And a quick aside - since this is an announcement, rather than "new business" and it doesn't require any action from the Council, I think it can be included this week with no problem.

Kim Parker Nyman
Professor, Communication Studies
Preston Ridge Campus
9700 Wade Blvd.
Frisco, TX 75035
972 377-1578
KNyman@collin.edu

---

**From:** Suzanne E. Jones <sejones@collin.edu>
**Sent:** Tuesday, September 22, 2020 2:45 PM
**To:** Kat Balch <kbalch@collin.edu>; Kim Nyman <knyman@collin.edu>
**Subject:** Re: Greetings on this Misty September Day!! Faculty Council Webinar THIS Friday (25 September 2020)

Here is information about TFA from our website. It is under the NEA/TSTA umbrella and does same kind of work. Collin has never had a local chapter before, but we are starting on.

The **Texas Faculty Association** (TFA) is a non-profit organization formed in 1985 to protect the rights of higher education faculty and support staff.

It is dedicated to academic freedom, collegiality across all faculty ranks, faculty participation in governance, and continued improvement of teaching, scholarship and creativity in every college, university and post-secondary institution in Texas.

Affiliated with the Texas State Teachers Association and the National Education Association, TFA has the resources and skills to assist college and university employees whenever problems arise. In addition to a strong, collective voice in the legislature, TFA offers its members access to Member Advocates who can assist with employment related concerns, as well as top-notch professional liability coverage through NEA's Educators Employment Liability Program.

Through NEA's Member Benefits Corporation, TFA members enjoy educator-focused savings programs for financial protection, investments, insurance, travel, and everyday savings on numerous products and services, such as cell phone service, warehouse club membership, auto buying, vacations & tours, and more. Visit the NEA Member Benefits website to see the savings available to TFA members.

Read our Mission, Goals and Bylaws to learn more about how our organization operates.

Suzanne Jones, Ed.D.
Professor of Education
Service Learning Faculty Coordinator - Frisco Campus
Collin College
sejones@collin.edu

Office: LH173-Frisco Campus
Phone Number: 469-365-1813

---

**From:** Kat Balch <kbalch@collin.edu>
**Sent:** Tuesday, September 22, 2020 12:31 PM
**To:** Suzanne E. Jones <sejones@collin.edu>
**Subject:** Re: Greetings on this Misty September Day!! Faculty Council Webinar THIS Friday (25 September 2020)

Would you send me the information on that?  As this is coming out after the "new business" deadline, I might not be able to include it this month, but I totally could next.

*Kat Balch*
Professor of English
Faculty Council President (2019-2021)



"The Spirit Makes the Master"

---

**From:** Suzanne E. Jones <sejones@collin.edu>
**Sent:** Tuesday, September 22, 2020 12:15 PM
**To:** Kat Balch <kbalch@collin.edu>; Kim Nyman <knyman@collin.edu>
**Subject:** Re: Greetings on this Misty September Day!! Faculty Council Webinar THIS Friday (25 September 2020)

Kat,

Whenever you send the agenda, I was wondering if we could give a quick announcement in the new business about our Collin chapter of Texas Faculty Association that we are getting off the ground? I'm going to have Kim give that quick announcement which is why I copied her.

Suzanne Jones, Ed.D.
Professor of Education
Service Learning Faculty Coordinator - Frisco Campus
Collin College
sejones@collin.edu
Office: LH173-Frisco Campus
Phone Number: 469-365-1813

**From:** Kat Balch <kbalch@collin.edu>
**Sent:** Tuesday, September 22, 2020 11:28 AM
**To:** Kat Balch <kbalch@collin.edu>; Aaron West <awest@collin.edu>
**Subject:** Greetings on this Misty September Day!! Faculty Council Webinar THIS Friday (25 September 2020)

Hi everyone!!

I'd like to take this opportunity to remind you that, once again, your Faculty Council will be meeting in a Zoom Webinar and you're invited to join in as attendees. While you'll be able to watch and listen to the proceedings, you'll have no video/audio participation access...but you WILL be able to text-chat in with questions if you so desire. In this manner, the Faculty Council will maintain its time-honored tradition of hosting open meetings during the contract year and, at the same time, maintain proper social distancing and health/safety protocols with a group as large as we can be.

Feel free to join us if you'd like. Our meeting will start promptly at 1p on this Friday. The Attendee link is attached.

*Kat Balch*
Professor of English
Faculty Council President (2019-2021)



"The Spirit Makes the Master"



Faculty (full and part time),

You are invited to a Zoom webinar.
When: Sep 25, 2020 01:00 PM Central Time (US and Canada)
Topic: September 2020 Regular Faculty Council Meeting

Register in advance for this webinar:
https://zoom.us/webinar/register/WN_gGM3BPmmQKOW5QgxHFNvMg

Or an H.323/SIP room system:
  H.323:
  162.255.37.11 (US West)
  162.255.36.11 (US East)

221.122.88.195 (China)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia)
209.9.211.110 (Hong Kong SAR)
64.211.144.160 (Brazil)
69.174.57.160 (Canada)
207.226.132.110 (Japan)
Meeting ID: 979 2602 8120
Passcode: 607580
SIP: 97926028120@zoomcrc.com
Passcode: 607580

After registering, you will receive a confirmation email containing information about joining the webinar.