# EXHIBIT K

**Amended Minutes of Regular Meeting**
**April 27, 2021**

**Board of Trustees**
**Collin County Community College District**

---

Collin County Community College District conducted its Regular Monthly Board of Trustees meeting on Tuesday, April 27, 2021, at the Collin Higher Education Center, 3452 Spur 399, McKinney, TX 75069 ("CHEC"), with Chairman Dr. Robert Collins presiding. Trustees in attendance were Dr. Robert Collins, Mr. Andy Hardin, Mr. Jim Orr, Dr. Raj Menon, Mr. Greg Gomel, Mr. Jay Saad, Mr. Fred Moses, Dr. Stacey Donald, and Ms. Stacy Arias.

**CALL TO ORDER 5:30 p.m., Board Room 139, CHEC.**

**ADJOURNMENT TO CLOSED OR EXECUTIVE SESSION**
**Chairman Collins adjourned the regular meeting to Board Conference Room 135, CHEC, for closed or executive session pursuant to the Texas Government Code Chapter 551.001 *et seq.*, to wit at 5:31 p.m.**

Section 551.072 - Deliberations Regarding Real Property
a. Discuss the purchase, exchange, lease, or value of property available around one new college campus and potential campus projects

Section 551.074 - Personnel Matters
a. Discuss employment, evaluation, or discipline of three college employees

Section 551.071 - Consultations with Attorney
a. Discuss pending litigation in the *Burleson, et al. v. Collin College* matters (Cause No. 05-21-00088-CV on appeal 5th District COA, Cause No. 20-40318 on appeal 5th Circuit COA, and SOAH Dockets 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.F5 and 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.F5)
b. Discuss and receive legal advice regarding contemplated litigation involving allegations by three non-renewed faculty members
c. Consultation with the College's General Counsel or external counsel on a matter in which the attorneys have an ethical duty of confidentiality

**RECONVENE REGULAR MEETING: 7:00 p.m., Board Room 139, CHEC.**
1. Pledges of Allegiance

**PUBLIC COMMENT**
No public comments addressing listed agenda items were made.

**PRESENTATIONS**
1. Phi Theta Kappa Recap of 2020 - Wendy Gunderson, Administrator of Collin's Alpha

    Mu Tau Chapter of Phi Theta Kappa, and Anna Seida, student at Collin College and regional president for the Texas Region of Phi Theta Kappa
2. Student Government Association (SGA) Resolution Presentation - Juan Sanchez, SGA President
3. Great Colleges to Work For - Floyd Nickerson, Chief Human Resources Officer

**Approval of the April 27, 2021 Consent Agenda**

    **2021-04-C1 Approval of the Minutes of the March 23, 2021 Regular Meeting**

    **2021-04-C2 Approval of the Personnel Report for April 2021**

On motion of Trustee Menon, and second of Trustee Gomel, the April 27, 2021 Consent Agenda was approved unanimously.

**CONSIDERATION OF ACTION ON AGENDA ITEMS**

**2021-04-1 Report Out of the Campus Facilities and Construction Committee and Consideration of Approval of the Guaranteed Maximum Price #2 ("GMP" #2) from Skanska USA Building, Inc. ("Skanska") for the Construction of the New Kitchen Addition at Alumni Hall and Building Renovations and Exterior Improvements at Alumni Hall, Founders Hall, Lawler Hall, and Heritage Hall at the Frisco Campus**
Discussion: Trustee Hardin, Chair of the Campus Facilities and Construction Committee, brought forth, in the form of a motion and second, the Committee's consideration of approval of the Guaranteed Maximum Price #2 ("GMP" #2) from Skanska USA Building, Inc. ("Skanska") for the Construction of the New Kitchen Addition at Alumni Hall and Building Renovations and Exterior Improvements at Alumni Hall, Founders Hall, Lawler Hall, and Heritage Hall at the Frisco Campus.

The motion was approved unanimously as presented.

**2021-04-2 Consideration of Approval of the New Bachelor of Applied Science Degree Program with a Major in Construction Management**
On motion of Trustee Menon, and second of Trustee Arias, this item was approved unanimously as presented.

**2021-04-3 Consideration of Approval of the Bid Report for April 2021**
Discussion: Melissa Irby, Chief Financial Officer, presented the Bid Report for April 2021, which included three new solicitations and five contract revisions.

    I.                        NEW SOLICITATIONS

| | |
|---|---:|
| Purchase Request #1 | |
|   Temporary Personnel Services | $ 4,500,000 |
| Purchase Request #2 | |
|   Data and Voice Cabling Services | $ 650,000 |

| | | | |
|---|---|---:|---:|
| | Purchase Request #3 <br>   Welding Materials and Supplies | | 1,500,000 |
| | **TOTAL OF NEW SOLICITATIONS** | $ | **6,650,000** |
| **II.** | **CONTRACT REVISIONS** | | |
| | Purchase Request #4 <br>   Science Lab Supplies and Equipment | $ | 400,000 |
| | Purchase Request #5 <br>   Software | $ | 50,000 |
| | Purchase Request #6 <br>   Professional Engineering Services | $ | 90,000 |
| | Purchase Request #7 <br>   District Vehicles | $ | 160,000 |
| | Purchase Request #8 <br>   Help Desk Services | $ | 160,000 |
| | **TOTAL OF CONTRACT REVISIONS** | $ | **860,000** |
| | **GRAND TOTAL** | $ | **7,510,000** |

On motion of Trustee Orr, and second of Trustee Arias, this item was approved unanimously as presented.

**PUBLIC COMMENT**
The following individuals made public comments: Gina Neeler, Sarah Mitchell, Elisa Klein, Stephanie Shirer, William Switzer, Valerie Adams, Danielle Sanit, Courtney Brooks, Leslie Cunningham, Joan Jenkins, Roger Ward, Kim Parker Nyman, John Lingenfelder, Michael Phillips, Brianna Day, Jerry Sullivan, and Paul Day.

**INFORMATION REPORTS**
Information Item – Mental Health Support for Full-Time Faculty
Statement of Net Position as of March 31, 2021
Summaries of Current Funds, Revenue, & Expenses as of March 31, 2021
Monthly Investment Report as of March 31, 2021
Gifts-In-Kind as of March 31, 2021
Quarterly Foundation Report as of February 28, 2021
Quarterly Investment Report as of February 28, 2021
Quarterly Purchasing Report as of March 31, 2021
AECOM Monthly Report for March 2021

**PRESIDENT'S AND BOARD ANNOUNCEMENTS**
Comments on: workshops, seminars, and conferences taking place at the College; awards received; accomplishments and appointments at the local, state, and national level; published articles and newspaper reports; upcoming events; and recent news.

Chair Collins opened the floor for Board Member announcements:

**Trustee Gomel:** Appreciate everybody attending tonight and make sure you get out and vote on Saturday if you haven't done that so far. Great presentations, specifically the students. You guys are doing a fantastic job and we really do appreciate the wonderful effort you put into it. Thank you.

**Trustee Donald:** Yes, sir. So I think that all the board members love the college and do our best to defend it, however, that defense looks very different from board member to board member, and my colleagues are so good at working with the legislature to get permission for our four year degrees. They're also really great at keeping our budget balanced, our doors open, and the College of fiscal success, things that are definitely not in my wheelhouse. This is critical stuff. However, the board also has those of us who work in defense of the spirit and the heart of the college and its values. And we're not acting consistently with our core values of dignity, respect, and integrity right now. To that end, I have two recommendations and I make them publicly before you that my board members and before the community. The first one is that Trustee Arias and I propose a voted-on agenda item for next month's meeting regarding the reinstatements of professors Audra Heaslip and Dr. Suzanne Jones. Between the two professors, we have the assets of combined 30 years of excellence and experience, and the college is better served by retaining these two exemplary, unique faculty members who have successfully balanced their love of the College with their strength of character. The second is that the college, at the repeated request of Trustee Arias and myself, create and fill the position of a chief diversity and inclusion officer. Racism, racist jokes, conversations in poor taste, and a general environments of inequality can't be tolerated. And it seems that we need an executive officer trained in these matters on staff. I don't enjoy being at odds with my colleagues here on the dais and I hope you know that it grieves me to present less than a united front with you and I don't do it lightly. However, if there was ever a time to respectfully dissent, that time is now. And I thank you all for hearing me out.

**Trustee Menon:** Thank you, Mr. Chairman, I want to recognize the students who did an outstanding job, and I know we do it very often, but we probably don't do it enough. We really, really need to show our appreciation for the faculty and the staff and every single employee of Collin College that makes this institution, that at least tries to work hard and makes this institution better every day so congratulations to all of you and give yourself a pat on the back.

**Trustee Orr:** It's an excellent night in that y'all stayed. Usually once the awards done, you get up and leave so thank you very much for sticking around. First of all, we really appreciated the presentation that you all gave. It's excellent information and your strong leadership shows. Please carry that through for the rest of your lives. If you ever need advice, I'm easy to get a hold of. If you ever want to talk to somebody that's got some experience then always welcome to take a call. I do want to thank everybody here in the room and those that aren't in the room for giving us another excellent semester and trying times. Oh, the staff and especially the faculty, they are the front line. And we

know that and so we really do appreciate that. I want to say congratulations to those that actually brought that degree across the line, that's three. And you know when we started this thing a while back, it was all about adding additional value to the county and how do we do that, and this is the third one and hopefully from the legislature will get a couple more that meet the direct needs of the county. Excellent to see Stetson and Stiletto did well. Do not mistake preparation for cheating. The people on my team, know the expectation of being on my team are given study assignments beforehand. So that's real. By the way, the Foundation doesn't just exist to do Stetson and Stiletto. The Foundation is there all year long and provides scholarships to students either that show academic excellence or a need. Don't just remember them then. Remember them if you've got something you want them to do or any specific donations or if you got something that's in your budget, please, please push that to them because that directly benefits the students. That's it for me, Bob. Just thank you, everybody, for coming.

**Trustee Hardin:** Yes, sir.  A lot of repeat stuff, the Phi Theta Kappa group, what a fantastic group of students, and it's one of the really things that when we sit up here and we see people to see such great achievement, and it is it is heartwarming to see what you've accomplished and we wish you the best. Appreciate the pride you bring to Collin College. The gentleman from the Student Government Association. What a great thing that they've come up with. It sounds like they're doing a great job. We appreciate them. Great colleges to work for, that's a nice award that we get. You know, I was here as many people were before we had any four year degrees and to see us come up with our third degree, I know that the College spent a lot of effort and time trying to figure out what those three degrees would be. I did hear somebody tell me recently that we were getting four year degrees in something that wasn't helping people earn a living. Nursing, cybersecurity, and construction management. Those are excellent four year degrees that will help those people that graduate with those degrees to earn a living for their family. Something that didn't get a lot of publicity, but I think the board feels like it's very important. We were about to finish installation of the ultraviolet and ionization project that will provide as clean a air as we can for every campus that students, faculty, and staff work in because this board is committed to trying to provide for everybody that's associated with this college the most safe environment that you can. It's my understanding, but I don't understand it, but this is almost as good as a hospital has in their operating rooms. It's not the cure all, be all, but it shows, again, what we're doing to try to do things right. It is a pleasure to be here and I appreciate everybody being here. Try not to have these meetings too late, but we are here as long as we need to be. Thank you very much.

**Trustee Saad:** Ok, I thank you very much. I'll be brief. Anna, you and your team did a great job, great presentation as well. Floyd, thank you for the updates. Back to Juan's point, there may be some changes by next year. We'll see about that. That would be a great talking point for us to go forward with. And then on Friday night, I had an opportunity to go to the Technical Center. The Technical Center was recognizing a scholarship for somebody for two years, a complete scholarship. And these are the programs that we're talking about. People are looking to hire individuals and we're helping them. So great job. I think it was a great program. We didn't get enough

recognition for it. But the point behind it is it's good to see that we're a family as an organization. And that's the best part, Juan. I love that idea. I mean, you drilled it. So, when you come down, you're talking about somebody passing away, a student, and you recognize them from their college. Oh, that is beautiful. That's, that's strong. And I'm very proud of you. So, thank you very much.

**Trustee Arias:** We've been through one of the worst health disasters in our lifetime, and it's not even close to being over, many of us have seen friends and family we normally see. We have not seen them. Many of us have changed our lifestyle so drastically that we don't even feel like ourselves anymore. Most importantly and most tragically, many of us have lost friends and family to covid or other illnesses during a time where we could not be by their side. The here and now is full of heartache as we realize the cost this past year. Miss Meda and Mr. Martinez should have never lost their lives. The loss can never be replaced and words will never soothe the soul. Thank you to Juan and all the members of SGA for your leadership and recognizing our students that have passed. I look forward to seeing how we honor our staff and faculty. The two have suffered from this horrible disease. Our district was created to meet the needs of a growing county 36 years ago. What was a small dream has now become an expansive reality, the goal of providing educational opportunities for all while maintaining affordability and accessibility has always been a focus. But as we grew, we saw the need to create an environment that fosters creativity, innovation, academic excellence, dignity and respect, and integrity. The past 14 months have shown us our great strength in adapting quickly to continue to meet the needs of our communities. It has been difficult in ensuring we make the right decisions. Our policies, procedures, and strategic movement should always be in support of our students, faculty, and staff. As a board, we are charged with ensuring our choices are focused on the greater good for the college community. We will continue to respect the process, ask the questions and do what is best for this institution. If that means going backwards in order to move forward, that is what we must do. We all have heard the words, read the articles, and participated in conversations. We know what challenges our district is facing. With that being said, our core values need to remain the basis for all of our actions. We do not accept or tolerate anything that goes against those standards. We need to reunite, regain our commitment to our college community. Each and every member of Collin College is deeply valued and immensely appreciated. Can we be greater than this? Absolutely. This is a call to action, to do what is right. This is not a spectator sport. I ask my colleagues to remember who we represent and the purpose of our seats. We set the tone for the district and that tone should be one of healing and a united push toward excellence with a zero tolerance for words or actions of discrimination of any type or a hindrance of our God given freedoms that not only are supported by our Constitution, but are also by our own policies. Make the decision to lead and be the person we need. Thank you.

**Trustee Moses:** Dr. Collins and the board and in all of it, everyone that's still here with us tonight. In the last couple of weeks, one of the publications came out and it highlighted about talking about students that are having difficult times here at Collin College and how the faculty and everyone embraces them. The lady was a student on

the cover, was talking about Hadassah, and that kind of reminded me of Esther in the Bible when she talks about Hadassah. And so that's all. But I think also, but more importantly than that is to talk about the work that you're doing as a student, but as faculty members and administrators and how you care about students and how are you trying to go the extra mile to help them get through. And so that's pretty extraordinary. I'm pretty proud to be a part of the extra work that you do and how you care, and because I know earlier when I was going through community college, I had to have somebody come and take me under their wings. You know, I was in a class of 100, the only black guy, and the faculty member would tell me, don't miss because I know you're not here. And so it was pretty interesting to be a part of that. But that showed how much he cared for me. And as a result of that, I'm here today. Thank you very much.

**Chair Collins:** I'll make a couple comments here. As always, I'm thoroughly impressed with our students and our student leaders when they come here. And I want to thank the members of Phi Theta Kappa who came tonight to address us. And I'm really impressed with what you guys have done as well as SCA. Juan, what a great presentation. I like the resolution. The leadership that our students exhibit just blows me away sometimes. You guys have done it once again. And Wendy, thank you so much for spending the time to administer our Phi Theta Kappa chapter. You're doing a great job. Appreciate our faculty members who take the extra time and the extra effort to work with our student teams and our student programs. With that I'm going to adjourn us for tonight. Thank you all for coming.

**ADJOURNMENT**
Chairman Collins adjourned the meeting of the Board of Trustees of Collin County Community College District at 9:25 p.m.