# EXHIBIT M

# COLLIN COLLEGE
## LEVEL II - EXECUTIVE VICE PRESIDENT RESPONSE

| | |
|---|---|
| **Complainant:** | Suzanne Jones |
| **Respondent:** | Collin College, H. Neil Matkin, Toni Jenkins |
| **Date of Complaint:** | February 10, 2021 |
| **Executive Vice President:** | Sherry Schumann |
| **HR Representative:** | Tonya Jacobson |
| **Date Issued:** | May 18, 2021 |

After a review of the Complaint and supporting documentation provided by the Complainant, Respondent's response to the complaint, Collin College policy and procedures, and all other relevant data, the Executive Vice President hereby finds that the decision of the Hearing Officer/Resolution Review Panel is:

☒ Affirmed

☐ Affirmed in part and reversed in part (see explanation below)

☐ Reversed (see explanation below)

**Executive Vice President Comments:**

**Executive Vice President Signature:** *[signed]* 5/18/21
Date