# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Suzanne Jones,** § § | |
| **Plaintiff,** § § | CAUSE NO. 4:21-cv-733 |
| v. § § | |
| **H. Neil Matkin, in his personal and official capacity; Toni Jenkins, in her personal and official capacity; and Collin College,** § § § § § § | NOTICE OF FILING WAIVERS OF SERVICE OF SUMMONS |
| **Defendants.** § § | |

PLEASE TAKE NOTICE that counsel for plaintiff has this date filed with the Court three (3) Waivers of Service of Summons, each duly executed by Charles Crawford on behalf of Defendants Collin College, H. Neil Matkin, and Toni Jenkins (collectively, the "Defendants"), acknowledging Defendants have waived service pursuant to Rule 4 of the Federal Rules of Civil Procedure and have received a copy of the Complaint herein on September 29, 2021.

DATED this 6th day of October 2021.

                                                  Lubin & Enoch, P.C.

                                                  /s/ Nicholas J. Enoch._____
                                                  NICHOLAS J. ENOCH
                                                  Bar No. 24042618
                                                  Email: nick@lubinandenoch.com
                                                  CLARA S. ACOSTA
                                                  Bar No. 24115993
                                                  Email: clara@lubinandenoch.com
                                                  221 North Kansas Street, Suite 700

                El Paso, Texas 79901
                Telephone: 915-585-8008
                Fax: 602-626-3586

                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 6, 2021, I electronically submitted the attached Notice of Filing Waivers of Service of Summons in accordance with the Electronic Case Files System of the Eastern District of Texas.


/s/ Shana Battles