IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SUZANNE JONES, | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § | Civil Action No. 4:21-cv-00733-ALM |
| H. NEIL MATKIN, in his personal and official capacity; TONI JENKINS, in her personal and official capacity; and COLLIN COLLEGE | § § § § § § | |
| **Defendants.** | § § | |

## NOTICE OF APPEARANCE OF RICHARD M. ABERNATHY AND DESIGNATION OF LEAD COUNSEL

Richard M. Abernathy, the undersigned attorney at law, being duly admitted to practice before this Honorable Court, hereby enters his appearance in the above entitled and numbered cause as lead counsel on behalf of Defendants H. Neil Matkin, in his personal and official capacity, Toni Jenkins, in her personal and official capacity, and Collin College (collectively, "Defendants").

The undersigned attorney certifies to the Court and to all counsel that he has been designated by said parties as lead counsel and attorney of record on their behalf to have full control and management of this cause, and has authority to receive all communications from the Court and other counsel relating to this case.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/ Richard M. Abernathy*
**Richard M. Abernathy**
State Bar No. 00809500
**Charles J. Crawford**
State Bar No. 05018900
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Facsimile: (214) 544-4040
rabernathy@abernathy-law.com
ccrawford@abernathy-law.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021 a true and correct copy of the foregoing was served upon Plaintiff's attorney by the Court's ECF system.

*/s/ Richard M. Abernathy*
Richard M. Abernathy