# EXHIBIT 1

CWID: 110505818

## COLLIN COLLEGE
## FULL-TIME FACULTY CONTRACT

Return Original to the Human Resources Office

**The State of Texas**

This contract ("Contract") is between Collin County Community College District ("Collin College" or "the College") and **Suzanne Jones** ("Faculty Member") and is in effect under the following terms and conditions.

1. The College agrees to employ the full-time Faculty Member, and the Faculty Member agrees to serve the College by performing duties as assigned by the District President of the College for a term of one academic year, (nine months), beginning on the 15th day of August 2018 and ending on the last scheduled day or otherwise, as directed by the College, in May 2021 (the "Term").

2. During the Term, the College agrees to pay the Faculty Member for services rendered, an annual salary established by the District President. The Faculty Member understands and agrees that only the District President is authorized to establish an annual salary, and that any other representation made by any other person or agent of the College regarding salary and/or stipend is void and of no effect. If the Faculty Member will work on less than a 170-day basis during the Term, the Faculty Member will be paid a pro-rated amount based on the full annual salary rate.

3. It is understood and agreed by the parties of this Contract that the District President of the College shall have the right to assign such duties and responsibilities to the Faculty Member as the District President shall deem appropriate and may, from time to time, assign or reassign the Faculty Member to other professional duties for which he or she is professionally qualified to perform, at whatever campus deemed necessary, provided no reduction in annual compensation during the Term occurs.

4. In the event the Faculty Member serves in more than one position, employment under this Contract is also conditioned upon satisfactory performance in each position, and unsatisfactory performance in either position may serve as grounds for disciplinary action or dismissal as outlined in Board Policy DMAA(Local) during the Term of this Contract.

5. It is understood and agreed by the parties to this Contract that the Faculty Member shall perform faithfully and satisfactorily his or her duties to the best of his or her ability and shall be governed by and discharge the duties required by the laws of this State. The Contract is subject to Collin College's Board Policies, Collin College's Core Values, rules, procedures, regulations, and all applicable state and federal laws and regulations. Therefore, the Faculty Member agrees to comply with Collin College's Board Policies, Collin College Core Values, rules, procedures, regulations, all applicable state and federal law and any administrative directives as they may all exist or may be amended during the Term of this Contract.

6. The College has not adopted any policy, rule, regulation, law or practice providing for tenure at the College. This Contract does not grant or create any contractual obligation of continued employment, a property interest, claim or other guaranteed entitlement beyond the last day of the Term of this Contract.

7. The Faculty Member shall submit or account for all grades, reports, College equipment directly assigned to Faculty Member or other required items upon conclusion of employment at the end of the Term with the College. The last salary payment during the Term is conditioned upon the

CWID: 110505818

College's receipt from the Faculty Member of all such items.

8. Invalidity of any portion of this Contract under the laws of the State of Texas or of the United States shall not affect the validity of the remainder of this Contract. Revisions, if any, of College Board Policies which result in changes to terms of this Contract will be implemented at the beginning of the following academic year.

9. The Faculty Member may seek release from this Contract at the end of the academic year without penalty, provided such faculty member submits a written letter of resignation by March 2nd of that academic year during the Term, in accordance with the College's policies, procedures and guidelines. At any other time, the Faculty Member may seek release from this Contract by providing at least 14 days' written notice of resignation to the District President. Such resignation by the Faculty Member may be accepted by the College immediately, at its sole discretion.

10. During the Term, this Contract is subject to termination by the District President of the College for good cause or for any other reasons stated in the College's Board Policy, rules, procedures, and regulations, including, without limitation, for a violation of the College's Core Values. Good cause exists as defined by applicable state or federal law, Collin College Board Policy DMAA(Local) or any other College policy, or, otherwise, as determined by the District President and approved by the Board.

11. Any action or event that the College determines creates a financial exigency or a program change as defined in and consistent with Board Policy DMC(Local) and a need to reduce expenditures for personnel, including, but not limited to, declines in enrollment, tax revenues or funding shall constitute good cause and may result in the immediate termination of this Contract.

12. ==Renewal of this Contract, if any, is not guaranteed and is subject to applicable College Board Policy DMAB(Local) or any other College policy as it may exist or may be amended during the Term of this Contract.==

13. This Contract is conditioned on the Faculty Member's providing and/or having on file all required or necessary experience records and other records required by the College including, but not limited to, records required for personnel and pay. Any misrepresentation by the Faculty Member in any of these records shall constitute good cause and may result in the immediate termination of this Contract.

14. Employment in federally or categorically funded positions is expressly conditioned upon availability of full funding for the position and any reduction of such funding constitutes good cause for immediate termination of this Contract.

15. Supplemental duties may from time to time be assigned to the Faculty Member during the term of this Contract. No property right to continued employment exists in such supplemental duties regardless of whether stipends are paid for such supplemental duties. Such assignments may be terminated for any reason or for no reason, at the pleasure and sole discretion of the District President. The Faculty Member understands and agrees that only the District President is authorized to establish stipends and that any other representation made by any other person or agent of the College regarding stipends is void and of no effect.

16. The Contract is not valid unless signed and returned to the Human Resources Office of the College within thirty (30) working days from the date issued, nor is this Contract valid without the approval of employment by the District President. The District President is authorized to sign this Contract

with the approval of the Board.

17. With respect to the termination of this Contract during the Term, the Faculty Member is entitled to all rights of due process as provided in Collin College Board Policies or in applicable federal or state laws.

18. This Contract supersedes and replaces all prior and/or contemporaneous contracts, promises, understandings, negotiations, or discussions concerning full-time employment of the Faculty Member, and any prior full-time employment contracts executed by the parties are of no force or effect.

19. This Contract is made and entered into in the State of Texas, and shall be interpreted, enforced, and governed under the laws of the State of Texas without regard to the conflict of laws. Exclusive jurisdiction and venue over any and all disputes arising out of or in connection with this Contract shall be in state district or federal district courts located in and for Collin County, Texas, and Faculty Member hereby waives any defense of an inconvenient forum with respect to such jurisdiction and venue

20. Salary: The annual compensation for the 2018-2019 year is set at **$66,253**, based on the approved calendar of 170 work days. As noted in Paragraph 2 above, total salary paid may be pro-rated based on the actual number of days worked during the Term of this Contract.

21. Benefits: A Faculty Member employed full-time by the College shall receive employee benefits authorized by state law and adopted by the College's Board of Trustees.

---

**I HAVE READ THIS CONTRACT AND AGREE TO ABIDE BY ITS TERMS AND CONDITIONS.**

Faculty Member: Suzanne Jones         CWID: 110505818

Address: 2700 Loftsmoor Ln
Plano, TX 75025

*Suzanne Jones, ED.D.*        4-18-18
Faculty Member Signature        Date

*H. Neil Matkin*        4/17/18

H. Neil Matkin, Ed.D.        Date
District President