# EXHIBIT 2

TO:     Tonya Jacobson, Employee Relations Manager

FROM: Toni P. Jenkins, Sr. Vice-President of Campus Operations

DATE:   March 4, 2021

RE:     Response to Complaint Case 185 - Suzanne Jones

During her years at the Collin College, Professor Jones has demonstrated several characteristics of an excellent faculty member as outlined by the Council on Excellence (CoE), the college's peer review committee. Professor Jones has had positive classroom evaluations and student evaluations of instruction. She stays current in her field and has been engaged in college service throughout her employment. On the basis of these factors alone, I would not have made a recommendation to non-renew her contract. However, these are not the only factors that are evaluated or considered for a faculty member who is seeking contract renewal.

## I.      Contract Status

Professor Jones was hired as a full-time professor in 2012. She is currently on a three-year contract which ends on May 14, 2021. She was being considered for a contract renewal to begin in fall 2021. To recap the process:

- In August 2021, Professor Jones was recommended for a contract renewal by Associate Dean Alexis Cade and Dean Garry Evans.
- Subsequently, she was recommended by Campus Provost Abe Johnson on November 2, 2020.
- On January 13, 2021, I recommended non-renewal of Professor Jones' contract. In addition to the characteristics of an excellent faculty member outlined by the Council on Excellence (CoE), I also considered criteria outlined in Board Policy DH (Exhibit) **(Exhibit A),** which includes:
    - Whether the faculty member advances the vision and mission of the college,
    - Whether the faculty member follows established policies, procedures and channels of communication,
    - Whether the faculty member serves effectively on committees, task forces, or other planning structures, which is part of our shared governance responsibilities,
    - Whether the faculty member adheres to our core values,
    - Whether the faculty member collaborates well or professionally with other faculty and staff, and others.
- In other words, contract renewals are evaluated from many different perspectives, not simply from one set of CoE factors.

## II.     Recommendation to Non-renew

My recommendation to non-renew was made after a thorough review and was based on the following considerations:

- In 2017, Professor Jones was counseled by her dean at that time regarding her use of the college's name when linked to expressions of her personal opinions. In fall 2020, Dean Evans had to counsel Professor Jones about the improper use of the college's name.

- As an employee, the college expected Professor Jones to work collaboratively through shared governance to achieve the vision and mission of the college. This past year posed many challenges, but once the Board of Trustees approved the reopening of the college, there was an expectation that such collaboration would continue. This did not occur. Professor Jones took indirect means to exert external pressure on the college to not reopen as planned and to challenge operational decisions. This conduct directly undermined decisions made by the Board of Trustees for the college.

- Professor Jones did not express her concerns through normal channels of communication through direct conversations with her associate dean, dean, campus provost, or other administrators. Working outside of available communication lines or committee structures is not productive and it is not something that is expected from faculty members.

III.    **My recommendation for non-renewal was not based on:**

   **A.  Membership in the Texas Faculty Association (TFA):**

   Professor Jones is welcome to join any external organization she chooses to join, as is any employee of the college. In fact, Dean Garry Evans congratulated her on being elected secretary of the TFA in June, 2020 **(Exhibit B).** It is the use of the college's name in connection with such membership that is the issue. **My recommendation for non-renewal of Professor Jones did not have anything to do with her being a member of TFA.**

   **B.  Email regarding a session proposed for the Spring Faculty Development Conference**

   On December 10, 2020, I met with Dr. Boye, Director of the Center for Teaching and Learning, to review plans for the Spring 2021 Faculty Development Conference. On December 11, after receiving additional information, I asked Dr. Boye to remove a session entitled "Finding Your Voice" because it did not fit with the theme of the conference, which was "Teaching and Learning through Change."

   On December 15, 2020, I received an email from the President of Faculty Council stating that some members of Faculty Council had requested clarification regarding why this session had been removed from the Faculty Development Conference program. I replied that based on the session description, the session appeared to be unrelated to the conference's goals of improving teaching and student learning and it did not fit the over-arching theme of the conference. I am a person of integrity and would never use one email indicating who had raised such a question as the basis for non-renewal. **My recommendation to non-renew Professor Jones was not done in retaliation to any communication related to the Faculty Development Conference.**

IV.    **Professor Jones' misuse of the college's name**

In August 2017, Professor Jones was counseled about her use of the college's name when linked to expressions of her personal opinions, which is a violation of Board policy. Professor Jones had signed a petition that was used in a news article using her title as "education professor, Collin College" **(Exhibit**

**C).** Other faculty members also signed the petition, but many identified themselves in their individual capacities as "professor," "historian" or "independent scholar" without using the name of the college. Professor Jones' conduct created an impression that she spoke on behalf of the college, which is a violation of Board policy DGC(Local).  Professor Jones was instructed by her dean at that time that she should observe the requirements of Board policy DGC(Local) and that she should not engage in actions that could inadvertently create the impression that she was speaking on behalf of the college.

In the fall of 2020, the college was forced to again discuss with Professor Jones the misrepresentation created by the improper use of the college's name. In late September, 2020, I was asked by the president of the Faculty Council if a faculty member could make an announcement about joining TFA at their next Faculty Council meeting. I was not familiar with the organization so I did some research. According to the TFA website, the organization is a labor organization affiliated, in part, with the National Education Association (NEA) which identifies itself as follows:

> The National Education Association is the largest labor union and professional interest group in the United States. It represents public school teachers and other support personnel, faculty and staffers at colleges and universities, retired educators, and college students preparing to become teachers.

I found that "Collin College" was listed as a member institution and "Collin College-Plano" was listed for contact information on the TFA website. This is a serious misrepresentation of the college's name and another violation of DGC (Local) **(Exhibit D).** Neither the college nor the Plano Campus as a whole are affiliated with TFA. I informed the Faculty Council president that there was nothing to prohibit someone from joining this organization, but the college would not authorize the use of any time, space or resources to solicit membership in this organization. Using a Faculty Council meeting to solicit membership for an external organization should not be permitted.

Professor Jones was also listed on the TFA website as the "chapter contact" for Collin College **(Exhibit E);** so on September 24, 2020, I spoke with Dr. Abe Johnson, Plano Campus Provost, and asked him to have Dean Garry Evans address this with Professor Jones. Dean Garry Evans and Professor Jones exchanged several communications about this mischaracterization between September 28 and October 9, 2020. Eventually, Professor Jones indicated that the college's full name would be removed from the website by the site's web developer. This was the second time that Professor Jones had been counseled about misrepresenting the college, but I assumed that the issue had been addressed and no formal disciplinary action was required.

Shortly thereafter, in November 2020, I became aware of a "Collin-TFA" Facebook page. Although the Collin-TFA entity describes itself as a non-profit organization providing services to higher education advocates, faculty, and personnel on a *state-wide* basis, the organization is specifically based in Collin County and also describes itself as the "*Collin College* chapter" of the TFA **(Exhibit F).** For me, this again was misleading. As the self-identified representative and campus contact for TFA, Professor Jones should have been cognizant of the fact that the college name should not be used on this Facebook page – especially given her previous discussion and the specific communications she had with Dean Evans.

**V.**     **Professor Jones' failure to work collaboratively through shared governance**.

Professor Jones is a member of Faculty Council and is involved in shared governance sanctioned by the college. Successful participation in shared governance at the college comes with the responsibility of accepting and supporting the decisions and strategic goals as determined by the Board of Trustees. The college's statement on shared governance requires that individuals distinguish and understand the roles and responsibilities of various units and individuals within the college's organizational structure, including new and established committees, task forces, and councils.

Faculty Council was not the only form of shared governance granted Collin faculty members. All faculty at the college had been given the opportunity through department and discipline meetings to provide input related to how to maintain academic continuity and safely return to at least some level of face-to-face instruction over the late spring and early summer. On June 19, 2020, Associate Dean Alexis Cade facilitated a Zoom meeting with her full-time faculty members to discuss fall planning, solicit feedback, and answer questions. This meeting included faculty in education in which Professor Jones teaches. Associate Dean Cade facilitated a second Zoom department meeting on June 23, 2020.

On July 23, 2020, the college's Board of Trustees approved the Fall 2020 Restart Plan by an 8-1 vote. The Restart Plan included providing courses to our students in a variety of instructional modalities due to the pandemic. Through committees and other structures, college staff worked tirelessly through a shared governance model to ensure that the college reopened and continued to operate as safely as possible. The college was conservative in its reopening approach and in looking back at the fall 2020 semester, approximately 25% of courses were offered fully in-person, with the remainder offered online or in a blended or hybrid format to accommodate social distancing.

## VI.    Professor Jones' efforts to exert external pressure outside of normal communication channels

Shared governance allows for diverse opinions to be considered. Everyone will not get what they want, but their positions can be voiced and considered. However, once strategic or operational decisions are made, it is my expectation that as an employee, Professor Jones, would have supported those decisions and worked collaboratively to achieve agreed upon outcomes. That did not occur. Professor Jones did not work collaboratively and took measures outside of the shared governance structures and normal communication channels to attempt to exert external pressure on the college not to reopen as planned or to challenge operational issues, which directly undermines decisions made by the Board for the college.

I learned of one significant example after my recommendation to non-renew Professor Jones. This was a Facebook post Professor Jones made as late January 18, 2021, the day before Spring 2021 courses were starting. In this post she asks readers to "consider emailing the college president, Dr. Makin, and asking for a simple solution, teachers that can go online until the vaccine is rolled out should go online" **(Exhibit G). Professor Jones did not discuss this issue with her dean, or campus provost or go through available communication channels and such actions are not consistent with the college's expectations for professional conduct from its faculty.**

In this Facebook post, Professor Jones also states that "Collin College is requiring many teachers and students to come back to class face to face." This is inaccurate. No students were forced to return. No "teachers" were forced to return. Students have not been required to take face-to-face classes. In fact, the college developed multiple scheduling options including face-to-face, fully online and a blended or

hybrid format to provide as much flexibility for students as possible. A process was also developed whereby faculty could request permission to teach a fully online schedule due to health reasons. Over 90 full-time faculty members taught online in the fall 2020 and spring 2021 semesters. **Professor Jones continued to engage in conduct that is misrepresentative, outside of the shared governance model, outside of normal channels of communication and aimed at overriding the Board's decisions and the college's operational efforts designed to meet its vision and mission**.

## VII.    Professor Jones creation of a false narrative and misinformation in the grievance

### A.  Misinformation regarding a COVID-19 Tracker

Misinformation is contained in Professor Jones' grievance that states that on September 25, 2020, I "refused to agree to creation of a COVID-19 tracker." I met with the Faculty Council via Zoom on September 25th to discuss safety measures and protocols that had been put in place to respond to the COVID-19 pandemic. Professor Jones was present for this Zoom meeting. I explained that notification, quarantine and isolation protocols were being followed for all self-reported student and employee cases of COVID-19. I further explained that because the college did not conduct COVID-19 testing, nor did it have qualified healthcare professionals operating a healthcare clinic, the self-reported symptoms and test results could not be verified. In consultation with the Director of Safety and Emergency Management, it was determined that publically posting unverified data would not be responsible and could be misleading.

At the time of the September 25 meeting, the college already had an established process in place for tracking self-reported cases of COVID-19. The college's Director of Safety and Emergency Management was in regular contact with the Collin County Health Department and CDC guidelines were being followed. Collin College personnel were tracking self-reported cases since the beginning of the pandemic, but these cases were not being reported on a public-facing dashboard until near the end of the fall semester for reasons explained to Faculty Council and others. **The grievance misrepresents information that was communicated to Professor Jones through her participation in shared governance**. Additionally, Professor Jones did not share her concerns about the COVID-19 tracker with her dean, campus provost of myself. These allegations are inaccurate.

### B.  Misinformation regarding other faculty who have openly indicated that they are professors at Collin College on professional association websites and have included links to their own Collin College emails:

Faculty are encouraged to be involved in professional development organizations and their involvement is a source of pride for the college. To compare the Texas Faculty Association with TCCTA is a misrepresentation. The TFA is a union whose mission and goals are focused on protecting employees' rights, advancing the tenure system, advancing fair and equitable compensation, etc. **(Exhibit H)**.

The TFA mission and goals are very different from the Texas Community College Teachers Association or other professional development organizations recognized and supported by the college. According to the TCCTA website:

> TCCTA is an independent and autonomous association, not affiliated with any other state or national organizations. According to its constitution, TCCTA is dedicated "to the pursuit of excellence in teaching and the advancement of education in the community, junior, and technical colleges of Texas."

As documented in the grievance, Collin College celebrates and encourages affiliation with organizations that support excellence in teaching and learning and will continue to do so.

## VIII.   Appropriate and permissible reasons for non-renewal:

To be clear, Professor Jones was issued a notice of nonrenewal in accordance with policies requiring such notification prior to January 31, 2021. My recommendation to not offer Professor Jones a contract renewal is based on her conduct and is not a violation of her right to freedom of speech. In summary:

- In August 2017, Professor Jones was counseled about her misuse of the college's name when it was linked to expressions of her personal opinions. The college does not allow employees to create the impression that they are speaking on behalf of the college and she had done so.

- In the fall of 2020, her dean again brought this issue to her attention since she was listed as the representative for the Collin College – Plano Campus Chapter of the Texas Faculty Association and the college was named as a member of TFA. At the time, it appeared that Professor Jones understood the gravity of the issue.

- Shortly after that a Facebook page for Collin-TFA was posted. The organization touts itself as the "*Collin College* chapter" of the TFA. Professor Jones who is the self-identified contact for TFA should have seen that this misuse of the college's name was corrected.

- In addition, as a member of Faculty Council, Professor Jones is an active participant in shared governance, she was able to freely share her concerns and opinions; however, once decisions were made about the reopening of the college, faculty conferences, or other matters, she and all participants in shared governance are expected to work collaboratively to support the college's decisions.

- Instead of accepting the decisions and working through approved channels of communication, Professor Jones worked against the college through indirect means and outside the shared governance structures at the college.

## Conclusion:

While recognizing Professor Jones' positive classroom evaluations and student evaluations of teaching, I stand by my recommendation to non-renew her contract. This recommendation was based on Professor

Jones' conduct for which she had been counseled and conduct which was inconsistent with other factors considered throughout the contract renewal process. I welcome the opportunity to provide information or answer any questions from the panel.

EXHIBIT A

Collin College
043500

EMPLOYEE STANDARDS OF CONDUCT                                         DH
                                                                (EXHIBIT)

# Code of Professional Ethics

Since all College District employees interface with or serve students, the College District holds all of its employees to the ethical standards of professional educators as expressed in the Texas Community College Teachers Association Code of Professional Ethics (PDF)[1] set forth in large part below:

1.   The Professional Educator shall treat all persons with dignity and respect; discriminating against no one on any basis protected by law.

2.   The Professional Educator shall strive to help each student realize his or her full potential as a learner and as a human being.

3.   The Professional Educator shall by example and action encourage and defend the un-fettered pursuit of truth by both colleagues[1] and students supporting the free exchange of ideas, observing the highest standards of academic honesty and integrity, and seeking always an attitude of scholarly objectivity and tolerance of other viewpoints.

4.   The Professional Educator shall work to enhance cooperation and collegiality among students, faculty, administrators, and other personnel.

5.   The Professional Educator shall recognize and preserve the confidential nature of professional relationships, neither disclosing nor encouraging the disclosure of information or rumor, which might damage or embarrass or violate the privacy of any other person.

6.   The Professional Educator shall maintain competence through continued professional development, shall demonstrate that competence through consistently adequate preparation and performance, and shall seek to enhance that competence by accepting and ap-propriating constructive criticism and evaluation.

7.   The Professional Educator shall make the most judicious and effective use of the College District's time and resources.

8.   The Professional Educator shall fulfill the employment agreement both in spirit and in fact, shall give reasonable notice upon resignation, and shall neither accept tasks for which he or she is not qualified nor assign tasks to unqualified persons.

9.   The Professional Educator shall support the goals and ideals of the College District and shall act in public affairs in such a manner as to bring credit to the College District.

10.  The Professional Educator shall not engage in unlawful harassment or sexual harassment of students or colleagues and shall adhere to the College District's policies on unlawful harassment and other conduct.

---

[1] The term "colleague" refers to all persons employed by or who contracts with the College District.

DATE ISSUED: 7/14/2020                                                      1 of 2
LDU 2020.03
DH(EXHIBIT)-X

Collin College
043500

EMPLOYEE STANDARDS OF CONDUCT                                    DH
(EXHIBIT)

11.  The Professional Educator shall observe the stated policies and procedures of the Col-
lege District, reserving the right to seek revision in a judicious and appropriate manner.

12.  The Professional Educator shall participate in the governance of the College District by
accepting a fair share of committee and institutional responsibilities.

13.  The Professional Educator shall support the right of all colleagues to academic freedom
and due process and defend and assist a professional colleague accused of wrongdo-
ing, incompetence, or other serious offense so long as the colleague's innocence may
reasonably be maintained.

14.  The Professional Educator shall not support a colleague whose persistently unethical
conduct or professional incompetence has been demonstrated through due process.

15.  The Professional Educator shall accept all rights and responsibilities of citizenship, al-
ways avoiding use of the privileges of his or her public position for private or partisan
advantage.

_____

[1] Texas Community College Teachers Association Code of Professional Ethics (PDF):
http://www.tccta.org/wp-content/uploads/2016/01/TCCTA-Ethics.pdf

# EXHIBIT B

| From: | Garry Evans |
|---|---|
| Sent: | Friday, June 12, 2020 8:49 AM |
| To: | Suzanne E. Jones |
| Cc: | Alexis Cade |
| Subject: | Re: Another state office! |

Congratulations Suzanne! Great work!

Garry


Garry W. Evans, D.M.A.
Dean of Academic Affairs & Workforce
Collin College
2800 E. Spring Creek Parkway, A177
Plano, TX 75074
972.881.5807

---

**From:** Suzanne E. Jones <sejones@collin.edu>
**Sent:** Friday, June 12, 2020 8:38 AM
**To:** Garry Evans <gevans@collin.edu>; Alexis Cade <acade@collin.edu>
**Subject:** Another state office!

Just fyi in case this is good information for the college. I was just elected secretary of Texas Faculty Association.

Suzanne Jones, Ed.D.
Professor of Education
Service Learning Faculty Coordinator - Frisco Campus
Collin College
sejones@collin.edu
Office: LH173-Frisco Campus
Phone Number: 469-365-1813

# EXHIBIT C

# The Dallas Morning News

☰ SECTIONS

SUBSCRIBE

**MORE FROM HOMEPAGE**

'So glad y'all came.' Corpus Christi firefighters deliver COVID-19 vaccine to the homes of vulnerable Texans

'Beyond problematic': Panhandling needs more enforcement in Dallas, some council members say

Dallas County adds 50 COVID-19 deaths, shattering 1-day record

OPINION

# Dallas' Confederate memorials scream 'white supremacy'

## Monuments monumentally endorse a set of values.



The Confederate Memorial is pictured at Pioneer Park in downtown Dallas, Tuesday, July 18, 2017. Dallas is looking at the history of its Confederate monuments and considering whether they should be removed, relocated or

## Featured

YOUR CITY'S NEWS  >

TEXT WITH OUR JOURNALISTS  >

50+ FREE NEWSLETTERS  >

TOP 100 PLACES TO WORK  >

CORONAVIRUS UPDATES  >

INSPIRED: GOOD NEWS  >

TIMELESS IN TEXAS  >

CURIOUS TEXAS  >

PUBLIC NOTICES  >

contested and miscia was given for the Dallas History
Forum from the Telegram negotiation.



By Michael Phillips, Commentator and Howard
Richardson, Contributor
6:26 AM on Aug 4, 2017

 **Listen to this article now**

24:05            Powered by Trinity Audio

If someone is supposedly a hero fighting for cause, then the cause that person fought for must have been heroic as well. A monument to a movement or nation or event inherently defines that movement, nation, or event as being glorious. Monuments monumentally endorse a set of values.

This effort to shape the public's understanding of the past is a method of shaping the values of the present. And every Confederate monument standing today loudly proclaims that, whatever might be said about civil rights and racial equality in contemporary political discourse, the enduring values of this place, this city, and this people is white supremacy.

As Kathryn Allamong Jacob masterfully explains in her book, *Testament to Union: Civil War Monuments in Washington, D.C.*: "Mundane as they may appear, ubiquitous a they may be, public monuments constitute serious cultural authority. They are important precisely because, by their mere presence and their obvious expense, they impose a memory of an event or individual on the public landscape that orders our lives."

## Confederate names and monuments in Dallas

Monuments in public spaces represent what the city, county, state or nation seeks to represent as its core beliefs. They shape identity, and shaping identities and

"I turned around to walk back up Monument Avenue, feeling angry and confused ... I had spent about an hour walking along a road in which four men who fought to enslave me ... have been honoured and exalted. I resented the fact that on the way to work every day, black people have to look at that. Imagine how black children must feel when they learn that the people who have been raised and praised up the road are the same ones who tried to keep their great-great-grandparents in chains."

Confederate monuments are an ongoing source of alienation. We should not be surprised that when alienation is taught in schools, in political debates, and in public spaces that young people receive the message and become alienated themselves.

## Remove the memorials

This city has a massive Confederate War Memorial near the Dallas Convention Center.

This work features statues of Confederate generals Robert E. Lee, Stonewall Jackson and Albert Sidney Johnston, as well as the Confederacy's only president, Jefferson Davis. The figures surround a statue of a Confederate soldier atop a 60-foot pillar. One inscription on the monument pays tribute to "the genius and valor of Confederate seamen."

We have a Robert E. Lee Park in Oak Lawn that features an equestrian statue of the commander of the Army of Northern Virginia near a replica of a slavery-era plantation home. Multiple sculptures referencing the Confederacy and the Great Seal of the Confederate States of America can be found at Fair Park. A Confederate flag hangs at Fair Park's Great Hall, which also includes a massive medallion on one wall incorporating a female figure representing the Confederacy. A mural featuring portraits of Confederate generals John Bell Hood, Albert Sidney Johnston and Dick Dowling adorns another wall.

the overseer, who, however, had sufficient humanity to decline whipping us; accordingly Dick Williams, a county constable, was called in, who gave us the number of lashes ordered; Gen. Lee, in the meantime, stood by, and frequently enjoined Williams to lay it on well, an injunction which he did not fail to heed; not satisfied with simply lacerating our naked flesh, Gen. Lee then ordered the overseer to thoroughly wash our backs with brine, which was done."

During the Civil War Lee stated that slavery represented the most appropriate relationship between whites and African-Americans since African-Americans were an inferior race. After the Civil War, Lee campaigned against granting African-Americans civil rights. He stated in testimony to the Reconstruction Committee of Congress that Virginia would be better off if it got rid of African-Americans.

This is the man families honor when they hold weddings at Lee Park at the replica of Arlington House. Consciously or not, they celebrate their marriage by paying tribute to the slave past. For this reason, the clergy should not agree to perform weddings at Arlington House. Whatever the resolutions, position papers or published policies of denominations might be regarding race, whatever fine phrases these proclamations might say, religious leaders of prominent churches, temples and other places of

worship who perform marriages at the Arlington House replica in Dallas will be complicit in a Robert E. Lee plantation wedding.

Organizations that meet at the replica plantation house show contempt for African-Americans as well. When the owners of properties like The Claridge, 21 Turtle Creek, 3525 Turtle Creek, The Mayfair, The Vendôme and The Wyndemere take part in lighting up Lee Park, we see how the upper classes of Dallas embrace a duplicate Robert E. Lee plantation and adorn it to celebrate the birth of Christ. What does it say about the Dallas Christian community that this doesn't raise a cry of disgust?



The Confederate Memorial in Greenwood Cemetery in Dallas is across Central Expressway from City Place in Uptown. Photographed Wednesday, August 2, 2017. (Guy Reynolds/The Dallas Morning News) (Guy Reynolds)

## Secession was about slavery

These monuments glorify violent insurrectionists who sought to tear the

against us, so long as a negro slave remains in these States ...

That in this free government all white men are and of right ought to be entitled to equal civil and political rights; that the servitude of the African race, as existing in these States, is mutually beneficial to both bond and free, and is abundantly authorized and justified by the experience of mankind, and the revealed will of the Almighty Creator, as recognized by all Christian nations; while the destruction of the existing relations between the two races, as advocated by our sectional enemies, would bring inevitable calamities upon both and desolation upon the fifteen slave-holding States."

To its shame, Dallas still honors the Confederacy, its institution of slavery and Confederate leaders. It is time for these memorials to come down. Some will argue that the Confederate monuments are "history." There is a fundamental difference, however, between history and propaganda. History does not have as its primary object glamorization. History is about analysis, context and explanation of the origins of ideas, institutions and events. Confederate memorials do none of these things.





Published August 30, 1962 - Rebel relatives rededicated the Confederate Monument Sunday in Pioneer Cemetery - a graveyard where the markers read like Dallas street signs. ( JOE LAIRD - staff photographer / DMN file photo)

## True Dallas heroes to memorialize

We should not continue to honor the Confederacy even as there are people who played a critical and positive role in Dallas history who receive inadequate or no tribute such as:

· **The African American slaves and sharecroppers** whose unpaid labor built the city's and the county's economy.

· **Carl Brannin,** who fought for the rights of workers in Dallas.

· **Maceo Smith,** who led voter registration and poll tax payment drives in Dallas and was the man most responsible for

a Republican governor accused of ushering in an era of "negro domination."

As New Orleans Mayor Mitch Landrieu said after the removal of the Lee statue in his city, "To literally put the Confederacy on a pedestal in our most prominent places of honor is an inaccurate recitation of our full past. It is an affront to our present, and it is a bad prescription for our future."



An Albert S. Johnston statue stands outside a Confederate memorial in Pioneer Park Cemetery, in Dallas on Wednesday, June 24, 2015. (Michael Reaves/The Dallas Morning News) (Michael Reaves / Staff Photographer)

## 3 things Dallas can do

More and more cities are choosing to give up the Confederacy. We can do this also, if we are willing to confront the reality of what these Dallas Confederate monuments do.

**1. We ask the citizens of Dallas to stop holding weddings, celebrations or other events at Robert E. Lee Park** or any other location that celebrates or attempts to honor the Confederacy, and decline invitations to such events. We ask religious leaders not to perform weddings at Robert E. Lee Park or any other locations that celebrate the Confederacy, and we ask businesses to decline to provide goods or services at such venues.

**2. We ask the city of Dallas to remove all Confederate monuments.** We ask the city to eliminate Confederate place names such as Robert E. Lee Park and Confederate Drive. We ask the city not to celebrate or promote the Confederacy with sculpture and art work at Fair Park.

**3. We ask Dallas ISD to rename all schools named after Confederate leaders**: William Cabell, William H. Gaston, John Ireland, Sidney Lanier, Stonewall Jackson, Albert Sidney Johnston, John H. Reagan, and Oran M. Roberts and to not give the schools dual names under the pretext of historical preservation.

We ask the city of Dallas, the Dallas Independent School District, Dallas cultural

Crista J. DeLuzio, associate history professor, SMU

Darryl Dickson-Carr, chair and professor, Department of English, SMU

W. Marvin Dulaney, associate history professor emeritus, University of Texas at Arlington

Jeffrey A. Engel, history professor and director, Center for Presidential History, SMU

Wendy Fenn, retired associate minister for congregational life, Presbyterian Church USA

Neil Foley, history professor and co-director, Center for Southwest Studies, SMU

Dennis Foster, English professor, SMU

Michael Gregg, pastor, Royal Lane Baptist Church

Rick Halperin, director of the Embrey Human Rights Program, SMU

Kenneth M. Hamilton, associate history professor and director of ethnic studies, SMU

Hanan Hammad, associate history professor, Texas Christian University
Author of Industrial Sexuality, Urbanization, and Social Transformation in Egypt.

Carl Hasler, independent scholar

Ben Anderson David Hensley, associate pastor of worship and discipleship, Oak Lawn

United Methodist Church

Constance Hilliard, history professor, University of North Texas

Jeff Hood, theologian

Robert Hunt, director of Global Theological Education and director of the Center for Evangelism and Missional Church Studies, Perkins School of Theology at SMU

Mike Itashiki, sociology professor, Richland College

Suzanne Jones, education professor, Collin College

Max Krochmal, associate history professor and director, Comparative Race and Ethnic Studies, TCU

John Richard Lundberg, history professor, Tarrant County College

George A. Mason, senior pastor, Wilshire Baptist Church

Henry L. Masters, Sr., retired pastor, Hamilton Park, St. Paul and St. Luke Community United Methodist Church

Alexis McCrossen, history professor, SMU

Donta McGilvery, founder, Dallas Improvement Association, First Institutional Baptist Church

Andrew Milson, professor and associate chair, Department of History, UT Arlington

William Carlisle, Bethel African Methodist Episcopal Church

Ben A. David Hebskey, Oak Lawn United Methodist Church

Elena Bonifay, chief operating officer, The Dallas Weekly

Joreaner Stimpson, Joy Tabernacle AME Church

Sherry Stewart, Trietsch Memorial United Methodist Church

Dr. Adrian Clarke

Tom Green, retired First Assistant Attorney General of Texas

Marjorie Hamilton Scott, St Luke AME Church

Hillary Owen, Highland Park United Methodist Church

Lilly Neubauer, Northaven United Methodist Church

Imam Abdul Nasir Jangda, Qalam Institute and Mansfield Islamic Center

Imam Yaser Birjas Issa, Valley Ranch Islamic Center

Daniel Roby, executive director, Austin Street Center

Pamela Young, community leader and activist, Faith In Texas and Mothers Against Police Brutality

Nadim Bashir, imam/head of religious affairs, EPIC East Plano Islamic Center

David Gruber, Interfaith Wedding Rabbi

Victoria Henderson, public school teacher

Abdul Rahman Bashir, imam and religious director, Islamic Association of Allen

Lisa McCarthy Stewart, director of outreach and missions, Highland Park United Methodist Church

Judith Kubliski, member, Community Unitarian Universalist Church-Plano

Khalid Shahid, imam, Dallas Masjid Al Islam

Muhammed Rizwan, Bangladesh Muslim Center

Jonathan Grace, Church at the Square, City Square

Patrick Salvant, The Oak Cliff Media Company

Hafsa-Wania Mohammed, student, UT Dallas

Sandra Farlow, Community Unitarian Universalist Church

Almas Muscatwalla, community volunteer, Faith Forward Dallas

Harbhajan Singh Virdee, Gurdwara Nishkam Seva

Jacqueline Marie Powers

Sandra Wilkinson, Marjorie von Wilkinson Stephens Foundation

Ashley Austin-Hill, Joy Tabernacle A.M.E Church

Michelle Landry, student, UT Dallas



Michael Phillips|Contributor

Edward Sebesta|Contributor



## Get smart opinions

Editorial and commentary from op-ed columnists, the editorial board and contributing writers from *The Dallas Morning News*, delivered three days a week.



## Real. Local. Journalism.

Stand with us in our mission to discover and uncover the story of North Texas

**BECOME A MEMBER >**

---

**THE LATEST**

**'So glad y'all came.' Corpus Christi firefighters deliver COVID-19 vaccine to the homes of vulnerable Texans**
BY ALLIE MORRIS

**'Beyond problematic': Panhandling needs more enforcement in Dallas, some council members say**
BY EVERTON BAILEY JR.

**MOST POPULAR ON DALLASNEWS.COM**

1 **Former Cowboys LB Thomas 'Hollywood' Henderson wants to move past fear, distrust of COVID-19 vaccine**

2 **One year after his viral heartbreak, Cowboys legend Drew Pearson again awaits the Hall of Fame call**

# EXHIBIT D

THE TEXAS FACULTY ASSOCIATION

## Membership

**Please click on the name of your Institution below to download your membership form:**

BRAZOSPORT COLLEGE
COLLIN COLLEGE
EL PASO COMMUNITY COLLEGE
GALVESTON COLLEGE / TEXAS A & M UNIVERSITY-GALVESTON
LAMAR UNIVERSITY-BEAUMONT
SOUTH TEXAS COLLEGE
TARLETON STATE UNIVERSITY
TEXAS A & M UNIVERSITY-KINGSVILLE
TEXAS SOUTHERN UNIVERSITY
TEXAS SOUTHMOST COLLEGE
TEXAS STATE TECHNICAL COLLEGE-HARLINGEN CAMPUS
TEXAS STATE UNIVERSITY- SAN MARCOS
THE UNIVERSITY OF TEXAS AT DALLAS
THE UNIVERSITY OF TEXAS AT EL PASO
THE UNIVERSITY OF TEXAS AT SAN ANTONIO
THE UNIVERSITY OF TEXAS-RIO GRANDE VALLEY
UNIVERSITY OF NORTH TEXAS
WEST TEXAS A & M UNIVERSITY

Don't see your Institution listed? Click here.

 Follow us on Facebook

CAMPUSES | TFA

 THE TEXAS FACULTY ASSOCIATION


COLLIN COLLEGE PLANO
Click to Contact

EL PASO COMMUNITY COLLEGE
El Paso Council of Higher Education
Click to Contact

LAMAR UNIVERSITY
Lamar University Faculty Association
Click to Contact

TEXAS SOUTHERN UNIVERSITY
TFA – TSU Chapter
Click to Contact

TEXAS STATE UNIVERSITY
Click to Contact

UT – RIO GRANDE VALLEY
Rio Grande United Faculty
Click to Contact

 Follow us on Facebook

EXHIBIT E

# Board of Directors
## Texas Faculty Association (TFA)

**President**
*7/2020 - 7/2022 (1st Term)*
**Pat Heintzelman\***
Lamar University
TFA.President@texasfacultyassocation.org
P 409-454-3701
**\*chapter contact**

**Vice President**
*7/2020 - 7/2022 (2nd Term)*
**Cary D. Wintz\***
Texas Southern University
carywintz@gmail.com
P 713-298-8523
**\*chapter contact**

**Secretary/Treasurer**
*7/2020 - 7/2024 (1st Term)*
**Suzanne Jones\***
Collin College
suzannejones.tx@gmail.com
**\*chapter contact**

**Immediate Past-President**
*7/2020 until succeeded*
**Rebekah Bell\***
El Paso Community College
buggybell@gmail.com
P 915-820-3507
**\*chapter contact**

**Member-At-Large**
*6/2018 - 7/2022 (1st Term)*
**Daniel Adams**
Texas Southern University

**Member-At-Large**
*6/2018 - 7/2022 (1st Term)*
**Vanessa Camacho**
El Paso Community College

**Member-At-Large**
*7/2020 - 7/2024 (1st Term)*
**Israel Aguilar\***
University of Texas – Rio Grande Valley
israelaguilar01@hotmail.com
**\*chapter contact**

**Member-At-Large**
*7/2020 - 7/2024 (1st Term)*
**Samir Iqbal\***
University of Texas – Rio Grande Valley
smiqbal@ieee.org
**\*chapter contact**

**Member-At-Large**
*6/2018 - 7/2022*
**Elizabeth Skerpan-Wheeler\***
Texas State University – San Marcos
eskerpan@earthlink.net
elizabethskerpan@gmail.com (alternate)
P 512-699-4328
**\*chapter contact**

**Member-At-Large**
*7/2020 - 7/2024 (1st Term)*
**Steve Wilson**
Texas State University – San Marcos
wilson.steve84@yahoo.com

**Member-At-Large**
*7/2020 - 7/2024 (1st Term)*
**Rebecca Bell-Metereau**
Texas State University – San Marcos

EXHIBIT F

✉ tfa@tsta.org

🌐 https://www.texasfacultyassociation.org/

ⓘ The Collin College chapter of the Texas Faculty Association is a non-profit organization empowering higher education advocates, faculty, and personnel statewide. We are based in Collin County, Texas.

🗂 Community Organization · Nonprofit Organization · Education

Ⓜ Send Message

# EXHIBIT G



## Top Posts

SORT

**Suzanne Stateler Jones**   ...

Tomorrow Collin College is requiring many teachers and students to come back to class face to face. This will affect each and every one of you throughout the county as the Fall research shows (see CNN link below)  Our state is begging Texans to buckle down. Please consider emailing the college president, Dr. Matkin, and asking for a simple solution, teachers that can go online until the vaccine is rolled out should go online. Leave the face to face option for the classes that can't be conducted online. This would mean safer conditions for those teaching face to face, thousands of students and teachers, and all of you.

EXHIBIT H

# TEXAS FACULTY ASSOCIATION MISSION STATEMENT AND BYLAWS

## MISSION STATEMENT

The Texas Faculty Association, the statewide affiliate of the Texas State Teachers Association and the National Education Association, will unite, organize, and empower higher education advocates, faculty, and personnel to provide a quality education to every student in higher education in Texas.  The Texas Faculty Association operates as a non-profit organization and is certified by the United States Internal Revenue Service as a tax-exempt 501 (c) 5 non-profit organization.

## GOALS

#1:  Establish an association open to all faculty and higher education personnel in higher education in Texas.

#2:  Protect and advance the tenure system as the strongest guarantee of academic freedom.

#3:  Protect and advance academic freedom as a collective necessity for faculty, a guarantee for the open and unfettered discovery of knowledge, and a necessity for the maintenance of a democratic society.

#4:  Advance the principle of fair and equitable compensation and a fair and equitable teaching and work environment for all higher education professionals.

#5:  Advance higher education personnel participation in higher education governance.

#6:  Develop and support appropriate legislation and public policy concerning higher education.

#7:  Provide opportunities for higher education professionals to exchange ideas, develop professionally, and work for the common good of higher education in Texas.

#8:  Protect higher education employees' rights.

#9:  Work cooperatively with Texas public education professionals K-12 in a community effort to provide a quality education for every student.