IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SUZANNE JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 4:21-CV-00733-ALM |
| § | |
| H. NEIL MATKIN, in his personal and § | |
| official capacity; TONI JENKINS, in her § | |
| personal and official capacity; and § | |
| COLLIN COLLEGE § | |
| § | |
| Defendants. § | |

## ORDER GRANTING SUMMARY JUDGMENT

The Court has considered Defendants H. Neil Matkin's and Toni Jenkins's, in their individual capacities, Motion for Summary Judgment on Qualified Immunity. After reviewing the motion, the response, the reply, the evidence, the pleadings and relevant legal authorities, the Court GRANTS the Motion. Plaintiff's claims asserted in this lawsuit against Defendants H. Neil Matkin and Toni Jenkins, in their individual capacities, are DISMISSED WITH PREJUDICE based on these individual Defendants' qualified immunity.