# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Suzanne Jones,** § § | |
| **Plaintiff,** § § | **CAUSE NO. 4:21-cv-733** |
| v. § § | |
| **H. Neil Matkin, in his personal and** § | **LUBIN & ENOCH, P.C.'S MOTION** |
| **official capacity; Toni Jenkins, in her** § | **TO WITHDRAW AS COUNSEL** |
| **personal and official capacity; and** § | **FOR PLAINTIFF** |
| **Collin College,** § § | |
| **Defendants.** § | |

TO THE HONORABLE AMOS L. MAZZANT, III, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION:

COMES NOW Nicholas J. Enoch and Clara S. Acosta, with the law firm of Lubin & Enoch, P.C., as co-counsel of record for Plaintiff in the above styled and numbered cause, hereby move the Court, pursuant to Local Rule CV-11(c), to be allowed to withdraw as the Plaintiff's attorneys.

The Plaintiff has secured new counsel, Greg Greubel and Joshua T. Bleisch, with the Foundation for Individual Rights in Education in Philadelphia, Pennsylvania, and Robert Schmidt, with Crews Law Firm in Austin, Texas, who have already filed their appearances in this matter [Docs. 10-12]. These attorneys have been advised of all upcoming deadlines. Plaintiff and Defendants do not oppose this Motion.

WHEREFORE, the undersigned counsel prays that they be allowed to withdraw as attorneys of record for the Plaintiff in this case.

RESPECTFULLY SUBMITTED this 15th day of February 2022.

    Lubin & Enoch, P.C.

    /s/ Nicholas J. Enoch._____
    NICHOLAS J. ENOCH
    Bar No. 24042618
    Email: nick@lubinandenoch.com
    CLARA S. ACOSTA
    Bar No. 24115993
    Email: clara@lubinandenoch.com
    221 North Kansas Street, Suite 700
    El Paso, Texas 79901
    Telephone: 915-585-8008
    Fax: 602-626-3586

    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I electronically submitted the attached in accordance with the Electronic Case Files System of the Eastern District of Texas.

/s/ Shana Battles_____