# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **Suzanne Jones,** § § | |
| **Plaintiff,** § § | **CAUSE NO. 4:21-cv-733** |
| v. § § | |
| **H. Neil Matkin, in his personal and official capacity; Toni Jenkins, in her personal and official capacity; and Collin College,** § § § § § § | **LUBIN & ENOCH, P.C.'S RENEWED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| **Defendants.** § § | |

TO THE HONORABLE AMOS L. MAZZANT, III, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION:

COMES NOW Nicholas J. Enoch and Clara S. Acosta, with the law firm of Lubin & Enoch, P.C., as co-counsel of record for Plaintiff in the above styled and numbered cause, hereby move the Court, pursuant to Local Rule CV-11(c), to be allowed to withdraw as the Plaintiff's attorneys.

The Plaintiff has secured new counsel, Greg Greubel and Joshua T. Bleisch, with the Foundation for Individual Rights in Education in Philadelphia, Pennsylvania, and Robert Schmidt, with Crews Law Firm in Austin, Texas, who have already filed their appearances in this matter [Docs. 10-12]. These attorneys have been advised of all upcoming deadlines. Plaintiff and Defendants do not oppose this Motion.

WHEREFORE, the undersigned counsel prays that they be allowed to withdraw as attorneys of record for the Plaintiff in this case.

RESPECTFULLY SUBMITTED this 15th day of February 2022.

        Lubin & Enoch, P.C.

        /s/ Nicholas J. Enoch._____
        NICHOLAS J. ENOCH
        Bar No. 24042618
        Email: nick@lubinandenoch.com
        CLARA S. ACOSTA
        Bar No. 24115993
        Email: clara@lubinandenoch.com
        221 North Kansas Street, Suite 700
        El Paso, Texas 79901
        Telephone: 915-585-8008
        Fax: 602-626-3586

        Attorneys for Plaintiff

## **CERTIFICATE OF CONFERENCE**

I hereby certify that, pursuant to Local Rule CV-7(h) & (i), I, Nicholas J. Enoch, notified plaintiff's new counsel as well as defense counsel of the issues asserted in this motion via email on February 15, 2022, and they all informed the undersigned via response email that they do no oppose this Motion.

RESPECTFULLY SUBMITTED this 15th day of February 2022.

        /s/ *Nicholas J. Enoch*
        LUBIN & ENOCH, P.C.
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2022, I electronically submitted the attached in accordance with the Electronic Case Files System of the Eastern District of Texas.


/s/ Shana Battles