IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SUZANNE JONES,<br><br>*Plaintiff,*<br><br>v.<br><br>H. NEIL MATKIN, in his personal and official capacity; TONI JENKINS, in her personal and official capacity; and COLLIN COLLEGE,<br><br>*Defendants.* | Civil Action No.: 4:21-cv-733-ALM |

### ORDER GRANTING PLAINTIFF SUZANNE JONES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO INDIVIDUAL DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND TO STAY AND/OR LIMIT DISCOVERY

Before the Court is Plaintiff Suzanne Jones' Unopposed Motion for an Extension of Time to Respond to Individual Defendants' Motion for Partial Summary Judgment and Motion to Stay and/or Limit Discovery (Dkt. #16). The Court finds the motion should be and hereby is GRANTED.

It is therefore **ORDERED** that Plaintiff's deadlines are extended as follows:

1. Plaintiff's deadline for responding to Defendants' Motion for Partial Summary Judgment is now **March 17, 2022**;

2. Plaintiff's deadline for responding to Defendants' Motion to Stay and/or Limit Discovery is now **March 10, 2022.**

IT IS SO ORDERED.
SIGNED this 23rd day of February, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE