# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SUZANNE E. JONES,<br><br>*Plaintiff,*<br><br>v.<br><br>H. NEIL MATKIN, in his personal and official capacity; TONI JENKINS, in her personal and official capacity; and COLLIN COLLEGE,<br><br>*Defendants*. | Civil Action No.: 4:21-cv-733-ALM |

## ORDER GRANTING PARTIES' JOINT MOTION TO MODIFY SCHEDULING ORDER

Before the Court is the Parties' Joint Motion to Modify Scheduling Order (Dkt. #30). Upon consideration, and for good cause shown, the Court **GRANTS** the motion. The Court modifies the following dates in the Scheduling Order (Dkt. #18.) as follows:

| | |
|---|---|
| November 18, 2022 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| November 1, 2022 | All discovery shall be commenced in time to be completed by this date. |
| February 23, 2023 | Notice of intent to offer certified records |
| February 23, 2023 | Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determine how they will prepare the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or Proposed Findings of Fact and Conclusions of Law in non-jury cases). |
| March 1, 2023 | Deposition Designations due. Each Party who proposes to offer a deposition shall serve on all other parties a disclosure identifying the line and page numbers to be |

|  |  |
|---|---|
|  | offered. All other parties will have seven calendar days to serve a response with any objections and requesting cross examination line and page numbers to be included. Counsel must consult on any objections, and only those which cannot be resolved shall be presented to the Court. The party who served an initial Video Deposition Designation is responsible for preparation of the final edited video in accordance with all parties' designations and the Court's rulings on objections. |
| <u>March 6, 2023</u> | Motions in limine due<br>File Joint Final Pretrial Order (*See* www.txed.uscourts.gov). |
| <u>March 22, 2023</u> | Response to motions in limine due[1]<br><br>File objections to witnesses, deposition extracts, and exhibits, listed in pre-trial order.[2] (This does not extend deadline to object to expert witnesses.)<br>File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law) |
| Date will be set by Court. Usually within 10 days prior to final pretrial conf. | If numerous objections are filed the court may set a hearing to consider all pending motions and objections. |
| March 30, 2023 | Final Pretrial Conference at 9:00 a.m. at the Paul Brown United States Courthouse located at 101 East Pecan Street in Sherman, Texas. All cases on the Court's Final Pretrial Conference docket for this day have been set at 9:00 a.m. However, prior to the Final Pretrial Conference date, the Court will set a specific time between 9:00 a.m. and 4:00 p.m. for each case depending on which cases remain on the Court's docket. |
| to be determined | 10:00 a.m. Jury selection and trial (or bench trial) at the Paul Brown United States Courthouse located at 101 East |

---

[1] This is not an invitation or requirement to file written responses. Most motions in limine can be decided without a written response. But, if there is particularly difficult or novel issue, the Court needs some time to review the matter. To save time and space respond only to items objected to. All others will be considered to be agreed. Opposing counsel **shall confer** in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response. The Parties shall notify the court of all the issues which are resolved.

[2] Within five calendar days after the filing of any objections, opposing counsel **shall confer** to determine whether objections can be resolved without a court ruling. The parties shall notify the court of all issues which are resolved. The court needs a copy of the exhibit or the pertinent deposition pages to rule on the objection.

2

Pecan Street in Sherman, Texas. Cases that remain for trial following the Court's Pretrial docket will be tried between May 1, 2023, and June 2, 2023. A specific trial date in this time frame will be selected at the Final Pretrial Conference.

**IT IS SO ORDERED.**

**SIGNED this 3rd day of August, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE