# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| SUZANNE JONES, § | |
|  § | |
| *Plaintiff*, § | |
|  § | |
| v. § | Civil Action No. 4:21-CV-00733 |
|  § | Judge Mazzant |
| H. NEIL MATKIN, in his personal and § | |
| official capacity; TONI JENKINS, in her § | |
| personal and official capacity; and COLLIN § | |
| COLLEGE, § | |
|  § | |
| *Defendants*. § | |

## ORDER

Pending before the Court is Defendants H. Neil Matkin and Toni Jenkins' Motion to Stay and/or Limit Discovery (Dkt. #8). Defendants sought a stay of all discovery pending resolution of Defendants' Motion for Summary Judgment on Qualified Immunity. Further, Defendants filed a supplement to this motion on July 8, 2022 (Dkt. #28).

The Court has denied Defendants' Motion for Summary Judgment on Qualified Immunity. Accordingly, the Court finds the present motion should be **DENIED as moot**.

**IT IS SO ORDERED**.

**SIGNED** this 25th day of August, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE