# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| SUZANNE E. JONES | § |
| | § |
| v. | § CIVIL ACTION NO. 4:21cv733 |
| | § JUDGE MAZZANT |
| H. NEIL MATKIN, in his personal and | § |
| official capacity; TONI JENKINS, in her | § |
| personal and official capacity; | § |
| and COLLIN COLLEGE | § |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan. By agreement of the parties, the Court appoints U.S. Magistrate Judge Christine A. Nowak to mediate the case. The parties are instructed to contact Judge Nowak's chambers (903.893.7667) to discuss dates available for mediation.

The Court hereby extends the mediation deadline to **October 31, 2022**.

**IT IS SO ORDERED.**

SIGNED this 29th day of August, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE