# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Suzanne Jones | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 4:21-cv-733-ALM |
| H. Neil Matkin et al. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Suzanne Jones.

Date: 09/07/2022

/s/ JT Morris
*Attorney's signature*

JT Morris; TX Bar No. 24094444
*Printed name and bar number*

Foundation for Individual Rights and Expression
700 Pennsylvania Avenue, SE, Suite 340
Washington, DC 20003
*Address*

JT.Morris@thefire.org
*E-mail address*

(215) 717-3473
*Telephone number*

(215) 717-3440
*FAX number*

Print    Save As...    Reset