**EXHIBIT B**

## List of Schools for Depositions on Written Questions

| | | | | |
|---|---|---|---|---|
| 1. | Abilene Christian University | | 46. | Prairie View A&M University |
| 2. | Amarillo College | | 47. | Rice University |
| 3. | Amberton University | | 48. | Sam Houston State University |
| 4. | Angelina College | | 49. | San Antonio College |
| 5. | Angelo State University | | 50. | San Jacinto College North Campus |
| 6. | Arlington Baptist University | | 51. | South Texas College |
| 7. | Austin College | | 52. | Southern Methodist University |
| 8. | Austin Community College | | 53. | Southwest College for the Deaf |
| 9. | Baylor University | | 54. | St. Edward's University |
| 10. | Blinn College | | 55. | St. Mary's University |
| 11. | Central Texas College | | 56. | St. Philip's College |
| 12. | Cisco College | | 57. | Stephen F. Austin State University |
| 13. | Collin College | | 58. | Sul Ross State University |
| 14. | Concordia University Texas | | 59. | Tarleton State University |
| 15. | Dallas Baptist University | | 60. | Tarrant County College |
| 16. | Dallas College | | 61. | Texas A&M International University |
| 17. | Del Mar College | | 62. | Texas A&M University (College Station) |
| 18. | East Texas Baptist University | | 63. | Texas A&M University at Galveston |
| 19. | El Paso Community College District | | 64. | Texas A&M University-Central Texas |
| 20. | Grayson College | | 65. | Texas A&M University-Commerce |
| 21. | Hardin-Simmons University | | 66. | Texas A&M University-Corpus Christi |
| 22. | Houston Baptist University | | 67. | Texas A&M University-San Antonio |
| 23. | Houston Community College | | 68. | Texas A&M University-Texarkana |
| 24. | Jacksonville College | | 69. | Texas Christian University |
| 25. | Jarvis Christian College | | 70. | Texas Southern University |
| 26. | Kilgore College | | 71. | Texas Southmost College |
| 27. | Lamar Institute of Technology | | 72. | Texas State Technical College |
| 28. | Lamar University | | 73. | Texas State University |
| 29. | Laredo College | | 74. | Texas Tech University |
| 30. | Lee College | | 75. | Texas Wesleyan University |
| 31. | LeTourneau University | | 76. | Texas Woman's University |
| 32. | Lone Star College | | 77. | The University of Texas at Arlington |
| 33. | Lubbock Christian University | | 78. | The University of Texas at Austin |
| 34. | McLennan Community College | | 79. | The University of Texas at Dallas |
| 35. | Midwestern State University | | 80. | The University of Texas at El Paso |
| 36. | Navarro College | | 81. | The University of Texas at San Antonio |
| 37. | North Central Texas College | | 82. | The University of Texas at Tyler |
| 38. | Northeast Lakeview College | | 83. | Trinity University |
| 39. | Northwest Vista College | | 84. | Trinity Valley Community College |
| 40. | Odessa College | | 85. | Tyler Junior College |
| 41. | Our Lady of the Lake University | | 86. | University of Dallas |
| 42. | Palo Alto College | | 87. | University of Houston |
| 43. | Paris Junior College | | 88. | University of Houston-Clear Lake |
| 44. | Parker University | | | |
| 45. | Paul Quinn College | | | |

## List of Schools for Depositions on Written Questions

| | |
|---|---|
| 89. | University of Houston-Downtown |
| 90. | University of Mary Hardin-Baylor |
| 91. | University of North Texas |
| 92. | University of North Texas at Dallas |
| 93. | University of St. Thomas |
| 94. | University of the Incarnate Word |
| 95. | Weatherford College |
| 96. | West Texas A&M University |
| 97. | Wiley College |
| 98. | University of Phoenix |
| 99. | UATX (new school that just launched) |
| 100. | Western Governor's University |
| 101. | Maricopa Community Colleges |
| 102. | St. Michael's College (Vermont) |
| 103. | University of Rochester |
| 104. | Indian River State College (Florida) |
| 105. | Walden University |
| 106. | Central State University (Ohio) |
| 107. | Franklin University (Ohio) |
| 108. | John Hopkins (Maryland) |
| 109. | University of Massachusetts |
| 110. | Garland ISD |
| 111. | Plano ISD |
| 112. | Frisco ISD |
| 113. | McKinney ISD |