IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SUZANNE E. JONES,<br><br>*Plaintiff,*<br><br>v.<br><br>H. NEIL MATKIN, in his personal and official capacity; TONI JENKINS, in her personal and official capacity; and COLLIN COLLEGE,<br><br>*Defendants*. | Civil Action No.: 4:21-cv-733-ALM |

### ORDER GRANTING PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

Before the Court is Plaintiff's Motion to Stay Proceedings Pending Settlement (Dkt. #39). Upon consideration of the motion and lack of response thereto, and for good cause shown, the Court hereby **GRANTS** the motion. The parties shall file a status report on or before November 28, 2022, with additional status reports at thirty (30) day intervals thereafter, if necessary.

IT IS SO ORDERED.

SIGNED this 17th day of November, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE