# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| SUZANNE E. JONES, *Plaintiff*, v. H. NEIL MATKIN, in his personal and official capacity; TONI JENKINS, in her personal and official capacity; and COLLIN COLLEGE, *Defendants*. | **STIPULATION OF DISMISSAL** Civil Action No.: 4:21-cv-733-ALM |

Plaintiff Suzanne Jones and Defendants Collin College, H. Neil Matkin, and Toni Jenkins have resolved this case. In accordance with the parties' agreement and under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of all claims and affirmative defenses in this action, with each side bearing its own costs and attorney's fees except as provided for in the parties' agreement.

Dated: November 23, 2022

Respectfully Submitted,

| | |
|---|---|
| */s/ Greg H. Greubel* <br> Greg Harold Greubel* <br> PA Bar No. 321130; NJ Bar No. 171622015; CA Bar. No. 343028 <br> Joshua T. Bleisch* <br> IN Bar No. 35859-53; DC Bar No. 90001269 <br> JT Morris <br> TX Bar. No. 24094444 <br> FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION <br> 510 Walnut Street; Suite 1250 <br> Philadelphia, PA 19106 | */s/ Robert W. Schmidt* <br> Robert W. Schmidt <br> TX Bar No. 17775429 <br> CREWS LAW FIRM, P.C. 701 Brazos Street; Suite 900 Austin, TX 78701 <br> Tel: (512) 346-7077, Ext. 103 <br> schmidt@crewsfirm.com |

Tel: (215) 717-3473
greg.greubel@thefire.org
josh.bleisch@thefire.org
jt.morris@thefire.org
*Admitted *Pro Hac Vice*

*Counsel for Plaintiff Suzanne Jones*


/s/ Charles J. Crawford
Charles J. Crawford
State Bar No. 05018900
Richard M. Abernathy
State Bar No. 00809500
ABERNATHY, ROEDER, BOYD & HULLETT, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75070
(Ph) 214-544-4000
(Fx) 214-544-4040
ccrawford@abernathy-law.com
rabernathy@abernathy-law.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

Plaintiff's counsel confirms that a true and correct copy of the foregoing was served via the Court's electronic filing system on this day, November 23, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to the parties indicated below and parties who may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Charles Joseph Crawford | Richard Mercer Abernathy |
| ABERNATHY ROEDER BOYD & HULLETT, PC | ABERNATHY ROEDER BOYD & HULLETT, PC |
| 1700 Redbud Blvd., Ste 300 | 1700 Redbud Blvd., Ste 300 |
| McKinney, TX 75069 | McKinney, TX 75069 |
| Tel: (214) 544-4000 | Tel: (214) 544-4040 |
| ccrawford@abernathy-law.com | rabernathy@abernathy-law.com |

*Counsel for Defendants*

Date: November 23, 2022                              */s/ Greg Harold Greubel*
                                                                      Greg H. Greubel