IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SUZANNE E. JONES,<br><br>*Plaintiff,*<br><br>v.<br><br>H. NEIL MATKIN, in his personal and official capacity; TONI JENKINS, in her personal and official capacity; and COLLIN COLLEGE,<br><br>*Defendants.* | Civil Action No.: 4:21-cv-733-ALM |

## ORDER GRANTING STIPULATION OF DISMISSAL

Before the Court is the Parties' Stipulation of Dismissal (Dkt. #42). The parties have stipulated that the above-captioned action and all claims and affirmative defenses asserted between the parties should be dismissed with prejudice and with each party bearing their own costs and attorney's fees except as provided for in the parties' agreement.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal is **GRANTED**.

2. The above-captioned action is **dismissed**, with prejudice and with each party bearing their own costs and attorneys fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
SIGNED this 28th day of November, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE